IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| PETRINA SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 19-1348-C |
| | ) Judge Smith |
| THE UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of _____Zachary J. Sullivan_____, as attorney of record for the United States.  Service of all papers by opposing parties should be addressed as follows:

Zachary J. Sullivan
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
PO Box 480
Ben Franklin Station
Washington, D.C.  20044

/s/ Zachary J. Sullivan
ZACHARY J. SULLIVAN
Trial Attorney
Commercial Litigation Branch
Civil Division
(202) 616-0320
Zachary.J.Sullivan@usdoj.gov

Dated: September 20, 2019