# In the United States Court of Federal Claims

No. 19-1348
Filed: October 22, 2019

|  |  |
|---|---|
| PETRINA SMITH, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| THE UNITED STATES, | ) ) |
| Defendant. | ) ) |

**ORDER**

On October 21, 2019, defendant filed an unopposed motion for an enlargement of time, requesting an additional sixty days in which to file its Response to plaintiff's Complaint. For good cause shown, defendant's Motion is hereby **GRANTED**. Accordingly, defendant shall file its Response on or before January 3, 2020.

**IT IS SO ORDERED.**

s/ *Loren A. Smith*

Loren A. Smith,
Senior Judge