IN THE UNITED STATES COURT OF FEDERAL CLAIMS

PETRINA SMITH,                         )
                                       )
                                       )
                                       )
        Plaintiff,                     )
                                       )
        v.                             )        No. 19-1348-C
                                       )        Judge Smith
THE UNITED STATES,                     )
                                       )
        Defendant.                     )

## NOTICE OF APPEARANCE

To the Clerk:

 Please enter the appearance of  Rafique O. Anderson  , as attorney of

record for the United States. Service of all papers by opposing parties should be addressed as

follows:

Rafique O. Anderson
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of
Justice PO Box 480
Ben Franklin Station
Washington, D.C.
20044

/s/ RAFIQUE O. ANDERSON
RAFIQUE O. ANDERSON
Trial Attorney
Commercial Litigation Branch
Civil Division
(202) 305-3274
Rafique.Anderson@usdoj.gov

Dated: January 13, 2020

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 13, 2020, a copy of the foregoing "NOTICE OF APPEARANCE" was filed electronically.  I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.


 /s/ Rafique O. Anderson