IN THE UNITED STATES COURT OF FEDERAL CLAIMS

PETRINA SMITH,            )
)
)
)
      Plaintiff,         )
)
    v.              )     No. 19-1348-C
)     Judge Smith
THE UNITED STATES,     )
)
      Defendant.    )

## **NOTICE OF APPEARANCE**

To the Clerk:

      Please enter the appearance of    Rafique O. Anderson    , as attorney of

record for the United States. Service of all papers by opposing parties should be addressed as

follows:

Rafique O. Anderson
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of
Justice PO Box 480
Ben Franklin Station
Washington, D.C.
20044

/s/ RAFIQUE O. ANDERSON
RAFIQUE O. ANDERSON
Trial Attorney
Commercial Litigation Branch
Civil Division
(202) 305-3274
Rafique.Anderson@usdoj.gov

Dated: January 17, 2020

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 17, 2020, a copy of the foregoing "NOTICE OF APPEARANCE" was filed electronically.  I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

 /s/ Rafique O. Anderson