# In the United States Court of Federal Claims

**No. 19-1348 C**
**(Filed: February 27, 2020)**

```
*****************************************
PETRINA SMITH,                          *
            Plaintiff                   *
                                        *
      v.                                *
                                        *
THE UNITED STATES                       *
            Defendant                   *
                                        *
*****************************************
```

## ORDER

Pursuant to Rule 40.1(c) of the Rules of the United States Court of Federal Claims, "for the efficient administration of justice," the above-captioned case is transferred to Judge Eleni M. Roumel.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney\_\_\_\_
MARGARET M. SWEENEY
Chief Judge