# In the United States Court of Federal Claims

No. 19-1348 C
(Filed: February 27, 2020)

| | |
|---|---|
| **PETRINA SMITH,** | |
|         **Plaintiff** | |
| | **NOTICE OF REASSIGNMENT TO:** |
|    **v.** | **Judge Eleni M. Roumel** |
| **THE UNITED STATES** | |
|         **Defendant** | |

      Pursuant to Rule 40.1(a) of the Rules of the United States Court of Federal Claims, this case has been reassigned to the above judge.

                                                                                     Clerk of Court