# In the United States Court of Federal Claims

| | |
|---|---|
| PETRINA SMITH, individual, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 19-1348 C<br><br>Filed: March 18, 2020 |

## SCHEDULING ORDER

On March 18, 2020, this Court conducted a telephonic status conference concerning issues raised in the parties' Joint Preliminary Status Report (ECF No. 10). Accordingly, the Court **ORDERS** the following:

1. The parties shall complete all pre-conditional certification discovery by **July 2, 2020.**

2. Plaintiff shall file any motion for conditional certification by **July 10, 2020.**

3. Defendant shall file its opposition to Plaintiff's motion for conditional certification by **August 7, 2020.**

4. Plaintiff shall file a reply in support of her motion for conditional certification by **August 21, 2020.**

5. The parties shall file a Joint Status Report providing a proposal for further discovery and proceedings within **14 days** after this Court issues a decision regarding plaintiff's motion for conditional certification.

IT IS SO ORDERED.

    s/Eleni M. Roumel
    ELENI M. ROUMEL
    Judge