## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| PETRINA SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No. 19-1348C |
| | )   Judge Roumel |
| UNITED STATES OF AMERICA | ) |
| | ) |
| Defendant. | ) |

### THE PARTIES' JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER

Pursuant to Rule 26(c) of the Rules of the United States Court of Federal Claims (RCFC), the parties' respectfully request the Court to enter the attached joint proposed Protective Order.

The protective order is necessary to permit defendant, The United States, to release to plaintiffs' counsel certain information contained in records protected from disclosure under the Privacy Act and to provide protection against possible violations of rights protected by the Privacy Act, 5 U.S.C. § 552a, and other laws, rules, or regulations. The terms of the proposed Protective Order will govern defendant's providing and plaintiffs' access to information covered by the terms of the order. Accordingly, the parties respectfully request that the Court enter the attached proposed protective order.

Respectfully submitted,

For The United States:

JOSEPH H. HUNT
Assistant Attorney General

For Plaintiff:

ROBERT E. KIRSCHMAN, JR.
Director

2

/s/ David R. Markham  
David R. Markham  
Maggie Realin  
Lisa Brevard  
The Markham Law Firm  
750 B Street, Suite 1950  
San Diego, CA  92101  
Telephone: (619) 399-3995  
Facsimile: (619) 615-2067  

Walter Pennington  
Pennington Law Firm  
3302 30th Street  
San Diego, CA  92104  
Telephone: (619) 940-6157  

Stephen B. Morris  
The Law Offices of Stephen B. Morris  
444 West C Street, Suite 300  
San Diego, CA  92101  
Telephone: (619) 239-1300  
Facsimile: (619) 374-7082  

Attorneys for Plaintiff  

/s/ REGINALD T. BLADES, JR.  
REGINALD T. BLADES, JR.  
Assistant Director  


/s/ Rafique O. Anderson  
RAFIQUE O. ANDERSON  
Trial Attorney  
Commercial Litigation Branch  
Civil Division  
Department of Justice  
P.O. Box 480  
Ben Franklin Station  
Washington, DC 20044  
Tel: (202) 305-3274  
Fax: (202) 514-7965  
Rafique.Anderson@usdoj.gov  


Of Counsel  
Robert Vega  
Staff Attorney  
Personnel Law Group  
U.S. Department of Veterans Affairs  
Office of General Counsel  
P.O. Box 1427  
Hines, IL 60141  
Tel: 708-202-5210  
Cell: 202-873-5202  

June 11, 2020                                    Attorneys for Defendant