# In the United States Court of Federal Claims

| | |
|---|---|
| PETRINA SMITH,<br><br>           Plaintiff,<br><br>        v.<br><br>THE UNITED STATES,<br><br>           Defendant. | No. 19-1348 C<br><br>Filed: June 29, 2020 |

## SCHEDULING ORDER

On June 25, 2020, the parties filed a joint motion to amend the Court's preconditional certification discovery and motion schedule. *See* ECF No. 16. In that motion, the parties requested a 63-day extension of time as to the deadlines established in this Court's March 18, 2020 Order "in light of complications in obtaining the discovery responses and production due to the ongoing COVID-19 pandemic." *Id.* at 2-3. For good cause shown, the parties' request is **GRANTED**. The parties shall proceed as follows:

1. Pre-conditional certification discovery shall be completed by **September 3, 2020.**

2. Plaintiff's motion for conditional certification shall be filed by **September 11, 2020.**

3. Defendant's opposition to Plaintiff's motion for conditional certification shall be filed by **October 9, 2020.**

4. Plaintiff's reply in support of her motion for conditional certification shall be filed by **October 23, 2020.**

5. Parties shall file a joint status report providing the Court with a proposal for further proceedings no later than **14 days** after the date the Court issues a decision regarding Plaintiff's motion for conditional certification.

   IT IS SO ORDERED.

                                                                                                                         s/ Eleni M. Roumel<br>
                                                                                                                         ELENI M. ROUMEL<br>
                                                                                                                                    Judge