# In the United States Court of Federal Claims

| | |
|---|---|
| PETRINA SMITH, | |
| Plaintiff, | No. 19-1348 C |
| v. | Filed: September 1, 2020 |
| THE UNITED STATES, | |
| Defendant. | |

### ORDER

On September 1, 2020, the parties filed a joint motion to amend this Court's preconditional certification discovery and motion briefing schedule. *See* ECF No. 18. In that motion, the parties request a 90-day extension of time of the deadlines established in this Court's June 29, 2020 Scheduling Order to "allow time for defendant to supplement its discovery responses and production, for plaintiff to re-notice and take the depositions, and for plaintiff to receive the necessary discovery prior to briefing her motion for conditional certification." *Id.* at 2-3. For good cause shown, the parties' motion is **GRANTED**.

The parties shall proceed as follows:

1. The parties shall complete all pre-conditional certification discovery by **December 2, 2020.**

2. Plaintiff shall file any motion for conditional certification by **December 9, 2020.**

3. Defendant shall file its opposition to Plaintiff's motion for conditional certification by **January 7, 2021.**

4. Plaintiff shall file her reply in support of her motion for conditional certification by **January 21, 2021.**

5. The parties shall file a joint status report, including a proposal for further proceedings, no later than **14 days** after this Court issues a decision on Plaintiff's motion for conditional certification.

IT IS SO ORDERED.

  s/Eleni M. Roumel
ELENI M. ROUMEL
Judge