# In the United States Court of Federal Claims

| | |
|---|---|
| PETRINA SMITH, | |
| Plaintiff, | |
| v. | No. 19-cv-1348 C |
| THE UNITED STATES, | Filed: November 20, 2020 |
| Defendant. | |

### ORDER

On November 20, 2020, the parties filed a third joint motion to amend the preconditional certification discovery and motion briefing schedule. *See* ECF No. 20. In that motion, the parties requested a 90-day extension of time as to the deadlines established by this Court's September 1, 2020 Scheduling Order. *Id.* For good cause shown, the parties' motion to amend the schedule is **GRANTED**. The parties shall proceed as follows:

1. Pre-conditional certification discovery shall be completed by **March 2, 2021.**

2. Plaintiff's motion for conditional certification shall be filed by **March 9, 2021.**

3. Defendant's opposition to Plaintiff's motion for conditional certification shall be filed by **April 7, 2021.**

4. Plaintiff's reply in support of her motion for conditional certification shall be filed by **April 21, 2021.**

5. Parties shall file a joint status report providing the Court with a proposal for further proceedings no later than **14 days** after the date the Court issues a decision regarding conditional certification of this matter as a collective action.

IT IS SO ORDERED.

  s/Eleni M. Roumel  
ELENI M. ROUMEL  
Chief Judge