## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| PETRINA SMITH, ) <br> ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA ) <br> ) <br>     Defendant. ) <br> ) | No. 19-1348C <br> Judge Roumel |

### THE PARTIES' FOURTH JOINT MOTION TO AMEND THE PRE-CONDITIONAL CERTIFICATION DISCOVERY AND MOTION BRIEFING SCHEDULE

Pursuant to Rules 6(b) and 6.1 of the Rules of the United States Court of Federal Claims (RCFC), plaintiff, Petrina Smith, and defendant, the United States of America, respectfully submit this joint motion to amend the pre-conditional certification discovery and motion briefing schedule, by requesting a 90-day enlargement of time to the current schedule.

This is our fourth request for an enlargement of time for this purpose.  Good cause exists for this motion.  We previously requested, and the Court granted, one 63-day and two 90-day enlargements of time for this purpose (ECF. No's. 17, 19 and 21).  The current conditional certification deadlines are as follows: (ECF No. 21)

| Case Event | Scheduled Date |
|---|---|
| Deadline to Complete Pre-Conditional Certification Discovery | March 2, 2021 |
| Plaintiff's Deadline to File Motion for Conditional Certification | March 9, 2021 |
| Defendant's Deadline to File its Opposition to Plaintiff's Motion for Conditional Certification | April 7, 2021 |
| Plaintiff's Deadline to File her Reply in Support of Motion for Conditional Certification | April 21, 2021 |

On January 25, 2021, defendant produced supplemental discovery and responses to plaintiff's counsel, including a sampling of Assistant Chiefs' time, attendance and training records. Plaintiff's counsel is in process of evaluating this supplemental production, and the parties are continuing to meet and to confer regarding defendant's production, including regarding the availability of the activity data requested by plaintiff. The parties had agreed that plaintiff would re-notice the depositions, including the 30(b)(6) deposition(s), after plaintiff counsel's receipt of defendant's supplemental production and responses. Plaintiff re-noticed the depositions to be completed this month (February). Defendant, however, has advised plaintiff that its designated 30(b)(6) witness will not be available until at least April 2021 due to personal health reasons.

Because the 30(b)(6) testimony regarding the classification of Assistant Chiefs is necessary for plaintiff's conditional certification motion, the parties have agreed to request this further 90-day extension to the pre-conditional discovery and briefing schedule for good cause, to allow time for plaintiff to complete the 30(b)(6) deposition(s) prior to briefing her motion for conditional certification. In the event the designated 30(b)(6) witness is not available for a deposition by the end of April, the parties agree to meet and to confer and to provide a supplemental update and proposal to the Court. The parties also respectfully propose that within 14 days after the Court issues a decision regarding plaintiff's motion for conditional certification, the parties shall file a joint status report providing a proposal for further proceedings. Thus, the parties have agreed and respectfully propose the following revised schedule:

| Case Event | Current Date | Proposed Date |
|---|---|---|
| Deadline to Complete Pre-Conditional Certification Discovery | March 2, 2021 | May 28, 2021 |
| Plaintiffs' Deadline to File Motion for Conditional Certification | March 9, 2021 | June 4, 2021 |
| Defendant's Deadline to File its Opposition to | April 7, 2021 | July 2, 2021 |

| Plaintiff's Motion for Conditional Certification | | |
|---|---|---|
| Plaintiff's Reply in Support of her Motion for Conditional Certification | April 21, 2021 | July 16, 2021 |

                                              Respectfully submitted,

/s/ David R. Markham　　　　　　　　　　BRIAN M. BOYNTON
David R. Markham　　　　　　　　　　　　Acting Assistant Attorney General
Maggie Realin
Lisa Brevard
The Markham Law Firm
750 B Street, Suite 1950
San Diego, CA  92101
Telephone: (619) 399-3995
Facsimile: (619) 615-2067

Walter Pennington　　　　　　　　　　　　ROBERT E. KIRSCHMAN, JR.
Pennington Law Firm　　　　　　　　　　　Director
3302 30th Street
San Diego, CA  92104
Telephone: (619) 940-6157
Stephen B. Morris　　　　　　　　　　　　/s/ REGINALD T. BLADES, JR.
The Law Offices of Stephen B. Morris　　　REGINALD T. BLADES, JR.
444 West C Street, Suite 300　　　　　　　Assistant Director
San Diego, CA  92101
Telephone: (619) 239-1300
Facsimile: (619) 374-7082

                                              /s/ RAFIQUE O. ANDERSON
                                              RAFIQUE O. ANDERSON
                                              Trial Attorney
                                              Commercial Litigation Branch
                                              Civil Division
                                              Department of Justice
                                              P.O. Box 480
                                              Ben Franklin Station
                                              Washington, DC 20044
                                              Tel: (202) 305-3274
                                              Fax: (202) 514-7965
                                              Rafique.Anderson@usdoj.gov

                                              Of Counsel
                                              Robert Vega
                                              Staff Attorney

                Personnel Law Group
                U.S. Department of Veterans Affairs
                Office of General Counsel
                P.O. Box 1427
                Hines, IL 60141
                Tel: 708-202-5210
                Cell: 202-873-5202

*Attorneys for Plaintiff*         *Attorneys for Defendant*

February 23, 2021

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of February 2021, the foregoing *The Parties' Fourth Joint Motion To Amend The Pre Conditional Certification Discovery And Motion Briefing Schedule* was electronically filed with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel of record who have enrolled and registered for receipt of filings via the Court's ECF system.

                                                                         /s/ Leeanna Carcione