# In the United States Court of Federal Claims

| | |
|---|---|
| PETRINA SMITH,  Plaintiff,  v.  THE UNITED STATES,  Defendant. | No. 19-cv-1348 C  Filed: February 23, 2021 |

### ORDER

On February 23, 2021, the parties filed their fourth joint motion to amend the preconditional certification discovery and motion briefing schedule to "allow time for plaintiff to complete . . . 30(b)(6) deposition(s) prior to briefing her motion for conditional certification" in light of defendant's January 25, 2021 production of supplemental discovery and responses. *See* ECF No. 22. In that motion the parties requested a ninety (90) day extension of time as to the deadlines established in this Court's November 20, 2020 scheduling order. *Id.* For good cause shown, the parties' motion is **GRANTED**. The parties shall proceed as follows:

1. Pre-conditional certification discovery shall be completed by **May 28, 2021.**

2. Plaintiff's motion for conditional certification shall be filed by **June 4, 2021.**

3. Defendant's opposition to Plaintiff's motion for conditional certification shall be filed by **July 2, 2021.**

4. Plaintiff's reply in support of her motion for conditional certification shall be filed by **July 16, 2021.**

5. Parties shall file a joint status report providing the Court with a proposal for further proceedings no later than **14 days** after the date the Court issues a decision regarding conditional certification of this matter as a collective action.

IT IS SO ORDERED.

                                                       s/Eleni M. Roumel  
                                                        ELENI M. ROUMEL  
                                                           Chief Judge