IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| PETRINA SMITH, ) <br> ) <br>       Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA ) <br> ) <br>       Defendant. ) <br> ) | No. 19-1348C <br> Judge Roumel |

NOTICE OF CHANGE OF ADDRESS FOR THE MARKHAM LAW FIRM

TO THE COURT, ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the address for The Markham Law Firm has changed.

Effective March 1, 2021, the firm's new address is as follows:

**THE MARKHAM LAW FIRM**
8910 University Center Lane, Suite 400
San Diego, CA 92122
Telephone: (619) 399-3995
Facsimile: (619) 615-2067

Please note, the firm's phone number, fax number and counsels' email addresses remain unchanged. Please update your records, the service list and case docket to reflect the new address.

Dated: April 20, 2021　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　**THE MARKHAM LAW FIRM**

　　　　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　　　　David R. Markham
　　　　　　　　　　　　　　　　　　　　　　　　Counsel for Plaintiff

2

I HEREBY CERTIFY that on this 20th day of April 2021, the foregoing *Notice of Change of Address for The Markham Law Firm* was electronically filed with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel of record who have enrolled and registered for receipt of filings via the Court's ECF system.

    /s/ Leeanna Carcione