## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| PETRINA SMITH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 19-1348C |
| ) | Judge Roumel |
| UNITED STATES OF AMERICA ) | |
| ) | |
| Defendant. ) | |
| ) | |

### PLAINTIFF'S NOTICE OF FILING OPT-IN CONSENT TO JOIN FORM

Pursuant to the Court's Order dated April 5, 2022, striking the Consent to Join Form of Richard Bartoni without prejudice to refile (Dkt. 51), Plaintiff Smith hereby refiles the attached Consent to Join Form on behalf of Richard Bartoni. Mr. Bartoni's Consent to Join Form, dated December 20, 2021, is attached hereto as **Exhibit A**.

Dated: April 5, 2022                                     Respectfully Submitted,

s/ David R. Markham
David R. Markham
*dmarkham@markham-law.com*
Maggie Realin
*mrealin@markham-law.com*
Lisa Brevard
*lbrevard@markham-law.com*
THE MARKHAM LAW FIRM
88 Prospect Street, Suite 200
La Jolla, CA 92037
Telephone: (619) 399-3995
Facsimile: (619) 615-2067

s/ Walt Pennington
Walt Pennington
*wpennington@pennfirm.com*
Pennington Law Firm
3302 30th Street
San Diego, CA 92104
Telephone: (619) 940-6157

1

# Exhibit A

# In the United States Court of Federal Claims

| | |
|---|---|
| PETRINA SMITH, | |
| Plaintiff, | No. 19-cv-1348 |
| v. | |
| THE UNITED STATES, | Judge Eleni M. Roumel |
| Defendant. | |

## CONSENT TO JOIN FORM

1. I occupied an Assistant Canteen Chief position at the Palo Alto or Menlo Park, California Veterans Canteen Service at some time between September 28, 2018 and September 28, 2021.

2. I consent to be a plaintiff in litigation under the Fair Labor Standards Act as part of the lawsuit *Petrina Smith v. United States*, Case No. 19-cv-1348, in the United States Court of Federal Claims. I understand that I will be bound by any judgment by the Court or settlement of this action.

Signature: *(signed)*

Name: Richard Bartoni            Date: 12/20/2021

---

Return this form by **March 16, 2022**, by email to lbrevard@markham-law.com or by mail to the following address:

Lisa Brevard
The Markham Law Firm
8910 University Center Lane, Suite 400
San Diego, CA  92122

*Please write legibly, accurately, and complete this entire form.*

I HEREBY CERTIFY that on this 5th day of April 2022, the foregoing *Plaintiff's Notice of Filing Opt-In Consent to Join Form* was electronically filed with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel of record who have enrolled and registered for receipt of filings via the Court's ECF system.

                                                            /s/ Leeanna Carcione