**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| PETRINA SMITH, et al., | ) |
| | ) |
| and | ) |
| | ) |
| DREXEL ANDERSON, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No.'s 19-1348C; 20-1878C |
| | ) Judge Carolyn N. Lerner |
| UNITED STATES OF AMERICA | ) |
| | ) |
| Defendant. | ) |
| | ) |

PLAINTIFFS' NOTICE OF FILING OPT-IN CONSENT TO JOIN FORMS

PLEASE TAKE NOTICE that on April 28, 2023, Plaintiffs hereby filed with the Clerk of the U.S. Court of Federal Claims the Consent to Join Forms of Iraneisha Anderson, Julius Davis, Hugh Duffy, Cherldece Knox, Kiara Lee, Amanda Lewandowski, Jason Pohnert, Luisana Salazar, Kelsey Williams, and Hope Wilson, copies of which is attached hereto as **Exhibits A-J**.

Dated: April 28, 2023

Respectfully Submitted,

s/ David R. Markham
David R. Markham
*dmarkham@markham-law.com*
Maggie Realin
*mrealin@markham-law.com*
Lisa Brevard
*lbrevard@markham-law.com*
THE MARKHAM LAW FIRM
888 Prospect Street, Suite 200
La Jolla, CA 92037
Telephone: (619) 399-3995

s/ Walt Pennington
Walt Pennington
*wpennington@pennfirm.com*
Pennington Law Firm
3304 30th Street
San Diego, CA 92104
Telephone: (619) 940-6157

# Exhibit A

CPT ID: 13

## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| PETRINA SMITH, et al., | ) |
| | ) |
| and | ) |
| | ) |
| DREXEL ANDERSON, et al., | ) |
| | ) |
| Plaintiffs | ) |
| | ) |
| v. | ) |
| | ) |
| THE UNITED STATES, | ) |
| | ) |
| Defendant | ) |

RECEIVED

APR 24 2023

Nos. 19-1348C; 20-1878
(Judge Lerner)

### CONSENT TO JOIN

1. I occupied an Assistant Canteen Chief position at the Veterans Canteen Service in the United States at some time between December 2, 2019 and the present.

2. I consent to be a plaintiff in litigation under the Fair Labor Standards Act as part of the consolidated *Smith et al. v. United States* (Case No. 19-cv-1348) and *Anderson et al. v. United States* (Case No. 20-1878 C) action, in the United States Court of Federal Claims. I understand that I will be bound by any judgment by the Court or settlement of this action.

Signature: _____

Name: __Iraneisha  Anderson__   Date: __4/18/2023__

Return this form by May 2, 2023 by mail, email or fax to:

*Smith et al. v. United States*
c/o CPT Group, Inc.
50 Corporate Park
Irvine, CA 92606
Fax: 1-949-419-3446
Email: canteenovertime@cptgroup.com

\*Please write legibly, accurately, and complete this entire form.\*

Smith v. United States

CaseNo:19-1348C; 20-1878C

Number                                                        145

Exhibit B

04/08/2013  01:13   8437977969                    UPSSTORE                          PAGE  01/01

CPT ID: 126

## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

PETRINA SMITH, et al.,                   )
                                         )
              and                        )
                                         )
DREXEL ANDERSON, et al.,                 )
                                         )
              Plaintiffs                 )        Nos. 19-1348C; 20-1878
                                         )        (Judge Lerner)
              v.                         )
                                         )        RECEIVED
THE UNITED STATES,                       )
                                         )
              Defendant                  )                APR 26 2023
                                         )                FAX

### CONSENT TO JOIN

1. I occupied an Assistant Canteen Chief position at the Veterans Canteen Service in the United States at some time between December 2, 2019 and the present.

2. I consent to be a plaintiff in litigation under the Fair Labor Standards Act as part of the consolidated *Smith et al. v. United States* (Case No. 19-cv-1348) and *Anderson et al. v. United States* (Case No. 20-1878 C) action, in the United States Court of Federal Claims. I understand that I will be bound by any judgment by the Court or settlement of this action.

Signature: _Julius Davis_

Name: _Julius A Davis_                          Date: _1/27/23_

Return this form by May 2, 2023 by mail, email or fax to:

*Smith et al. v. United States*
c/o CPT Group, Inc.
50 Corporate Park
Irvine, CA 92606
Fax: 1-949-419-3446
Email: canteenovertime@cptgroup.com

*Please write legibly, accurately, and complete this entire form.*

Smith v. United States

CaseNo:19-1348C; 20-1878C



Number                                            149

1

Exhibit C

CPT ID: 140

## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

PETRINA SMITH, et al.,                )
           and                )
DREXEL ANDERSON, et al.,              )
              Plaintiffs      )   Nos. 19-1348C; 20-1878
                      )   (Judge Lerner)
       v.                    )
THE UNITED STATES,                    )
            Defendant         )

RECEIVED

APR 2 6 2023   *email*

### CONSENT TO JOIN

1. I occupied an Assistant Canteen Chief position at the Veterans Canteen Service in the United States at some time between December 2, 2019 and the present.

2. I consent to be a plaintiff in litigation under the Fair Labor Standards Act as part of the consolidated *Smith et al. v. United States* (Case No. 19-cv-1348) and *Anderson et al. v. United States* (Case No. 20-1878 C) action, in the United States Court of Federal Claims. I understand that I will be bound by any judgment by the Court or settlement of this action.

Signature: _____

Name: Hugh Thomas Duffy _____   Date: 4.26.23

Return this form by May 2, 2023 by mail, email or fax to:

*Smith et al. v. United States*
c/o CPT Group, Inc.
50 Corporate Park
Irvine, CA 92606
Fax: 1-949-419-3446
Email: canteenovertime@cptgroup.com

**\*Please write legibly, accurately, and complete this entire form.\***

Smith v. United States

CaseNo:19-1348C; 20-1878C

1

Number                    151



Exhibit D

CPT ID: 304

## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

PETRINA SMITH, et al.,                    )
                                          )
and                                       )
                                          )
DREXEL ANDERSON, et al.,                  )
                                          )
          Plaintiffs                      )     Nos. 19-1348C; 20-1878
                                          )     (Judge Lerner)
v.                                        )
                                          )
THE UNITED STATES,                        )
                                          )
          Defendant                       )
                                          )

RECEIVED

APR 25 2023

email

### CONSENT TO JOIN

1. I occupied an Assistant Canteen Chief position at the Veterans Canteen Service in the United States at some time between December 2, 2019 and the present.

2. I consent to be a plaintiff in litigation under the Fair Labor Standards Act as part of the consolidated *Smith et al. v. United States* (Case No. 19-cv-1348) and *Anderson et al. v. United States* (Case No. 20-1878 C) action, in the United States Court of Federal Claims. I understand that I will be bound by any judgment by the Court or settlement of this action.

Signature: _Cherldice Knox_

Name: _Cherldell Knox_                    Date: _April 25, 2023_

Return this form by May 2, 2023 by mail, email or fax to:

*Smith et al. v. United States*
c/o CPT Group, Inc.
50 Corporate Park
Irvine, CA 92606
Fax: 1-949-419-3446
Email: canteenovertime@cptgroup.com

*Please write legibly, accurately, and complete this entire form.*

Smith v. United States

CaseNo:19-1348C; 20-1878C

Number                                    148



1

Exhibit E

RECEIVED

APR 25 2023  *email*

CPT ID: #ID#
#324

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

PETRINA SMITH, et al.,

and

DREXEL ANDERSON, et al.,

      Plaintiffs

   v.

THE UNITED STATES,

      Defendant

Nos. 19-1348C; 20-1878
(Judge Lerner)

## CONSENT TO JOIN

1. I occupied an Assistant Canteen Chief position at the Veterans Canteen Service in the United States at some time between December 2, 2019 and the present.

2. I consent to be a plaintiff in litigation under the Fair Labor Standards Act as part of the consolidated *Smith et al. v. United States* (Case No. 19-cv-1348) and *Anderson et al. v. United States* (Case No. 20-1878 C) action, in the United States Court of Federal Claims. I understand that I will be bound by any judgment by the Court or settlement of this action.

Signature: _____

Name: ___Kiara Lee_____  Date: __11/24/23__

Return this form by May 2, 2023 by mail, email or fax to:

*Smith et al. v. United States*
c/o CPT Group, Inc.
50 Corporate Park
Irvine, CA 92606
Fax: 1-949-419-3446
Email: canteenovertime@cptgroup.com

*Please write legibly, accurately, and complete this entire form.*

Exhibit F

CPT ID: 327

## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

PETRINA SMITH, et al., )
     and )
DREXEL ANDERSON, et al., )
              Plaintiffs )
     v. )
THE UNITED STATES, )
            Defendant )

RECEIVED

APR 27 2023

Nos. 19-1348C; 20-1878
(Judge Lerner)

### CONSENT TO JOIN

1. I occupied an Assistant Canteen Chief position at the Veterans Canteen Service in the United States at some time between December 2, 2019 and the present.

2. I consent to be a plaintiff in litigation under the Fair Labor Standards Act as part of the consolidated *Smith et al. v. United States* (Case No. 19-cv-1348) and *Anderson et al. v. United States* (Case No. 20-1878 C) action, in the United States Court of Federal Claims. I understand that I will be bound by any judgment by the Court or settlement of this action.

Signature: _____

Name: Amanda Lewandowski

Date: 4/25/23

360-550-7264
lewandowski-1170@hotmail.com

Return this form by May 2, 2023 by mail, email or fax to:

*Smith et al. v. United States*
c/o CPT Group, Inc.
50 Corporate Park
Irvine, CA 92606
Fax: 1-949-419-3446
Email: canteenovertime@cptgroup.com

*Please write legibly, accurately, and complete this entire form.*

Smith v. United States

CaseNo:19-1348C; 20-1878C

1

Number

152

Exhibit G

CPT ID: 462

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

PETRINA SMITH, et al.,  )
        and  )
DREXEL ANDERSON, et al.,  )
        Plaintiffs  )
      v.  )
THE UNITED STATES,  )
        Defendant  )

RECEIVED

APR 2 4 2023

Nos. 19-1348C; 20-1878
(Judge Lerner)

## CONSENT TO JOIN

1. I occupied an Assistant Canteen Chief position at the Veterans Canteen Service in the United States at some time between December 2, 2019 and the present.

2. I consent to be a plaintiff in litigation under the Fair Labor Standards Act as part of the consolidated *Smith et al. v. United States* (Case No. 19-cv-1348) and *Anderson et al. v. United States* (Case No. 20-1878 C) action, in the United States Court of Federal Claims. I understand that I will be bound by any judgment by the Court or settlement of this action.

**Signature:** Jason Pohn

**Name:** Jason Pohnert      **Date:** 4-10-23

Return this form by May 2, 2023 by mail, email or fax to:

*Smith et al. v. United States*
c/o CPT Group, Inc.
50 Corporate Park
Irvine, CA 92606
Fax: 1-949-419-3446
Email: canteenovertime@cptgroup.com

\*Please write legibly, accurately, and complete this entire form.\*

Smith v. United States

CaseNo:19-1348C; 20-1878C

Number      144



1

Exhibit H

RECEIVED

APR 2 0 2023

*email*

CPT ID: 511

## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

PETRINA SMITH, et al.,

and

DREXEL ANDERSON, et al.,

            Plaintiffs

    v.

THE UNITED STATES,

            Defendant

Nos. 19-1348C; 20-1878
(Judge Lerner)

### CONSENT TO JOIN

1. I occupied an Assistant Canteen Chief position at the Veterans Canteen Service in the United States at some time between December 2, 2019 and the present.

2. I consent to be a plaintiff in litigation under the Fair Labor Standards Act as part of the consolidated *Smith et al. v. United States* (Case No. 19-cv-1348) and *Anderson et al. v. United States* (Case No. 20-1878 C) action, in the United States Court of Federal Claims. I understand that I will be bound by any judgment by the Court or settlement of this action.

Signature: _____

Name: __Luisana Salazar__    Date: __4|20|2|__

Return this form by May 2, 2023 by mail, email or fax to:

*Smith et al. v. United States*
c/o CPT Group, Inc.
50 Corporate Park
Irvine, CA 92606
Fax: 1-949-419-3446
Email: canteenovertime@cptgroup.com

*Please write legibly, accurately, and complete this entire form.*

1

# Exhibit I

CPT ID: 638

## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

PETRINA SMITH, et al.,        )
                              )
      and                     )
                              )
DREXEL ANDERSON, et al.,      )
                              )
              Plaintiffs      )        Nos. 19-1348C; 20-1878
                              )        (Judge Lerner)
      v.                      )
                              )
THE UNITED STATES,            )
                              )
              Defendant       )
                              )

RECEIVED

APR 2 4 2023
(EMAIL)

### CONSENT TO JOIN

1. I occupied an Assistant Canteen Chief position at the Veterans Canteen Service in the United States at some time between December 2, 2019 and the present.

2. I consent to be a plaintiff in litigation under the Fair Labor Standards Act as part of the consolidated *Smith et al. v. United States* (Case No. 19-cv-1348) and *Anderson et al. v. United States* (Case No. 20-1878 C) action, in the United States Court of Federal Claims. I understand that I will be bound by any judgment by the Court or settlement of this action.

Signature: _K. M. Wk_____

Name: _Kelsey M. Williams_____   Date: _04-24-2023_

Return this form by May 2, 2023 by mail, email or fax to:

*Smith et al. v. United States*
c/o CPT Group, Inc.
50 Corporate Park
Irvine, CA 92606
Fax: 1-949-419-3446
Email: canteenovertime@cptgroup.com

*Please write legibly, accurately, and complete this entire form.*

Smith v. United States

CaseNo:19-1348C; 20-1878C

Number                              142

1

Exhibit J

CPT ID: 642

## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| PETRINA SMITH, et al., | ) |
| | ) |
| and | ) |
| | ) |
| DREXEL ANDERSON, et al., | ) |
| | ) |
| Plaintiffs | ) |
| | ) |
| v. | ) |
| | ) |
| THE UNITED STATES, | ) |
| | ) |
| Defendant | ) |

RECEIVED

APR 26 2023

Nos. 19-1348C; 20-1878
(Judge Lerner)

### CONSENT TO JOIN

1. I occupied an Assistant Canteen Chief position at the Veterans Canteen Service in the United States at some time between December 2, 2019 and the present.

2. I consent to be a plaintiff in litigation under the Fair Labor Standards Act as part of the consolidated *Smith et al. v. United States* (Case No. 19-cv-1348) and *Anderson et al. v. United States* (Case No. 20-1878 C) action, in the United States Court of Federal Claims. I understand that I will be bound by any judgment by the Court or settlement of this action.

Signature: _____

Name: Hope Wilson                    Date: 02/13/2023

Return this form by May 2, 2023 by mail, email or fax to:

*Smith et al. v. United States*
c/o CPT Group, Inc.
50 Corporate Park
Irvine, CA 92606
Fax: 1-949-419-3446
Email: canteenovertime@cptgroup.com

**\*Please write legibly, accurately, and complete this entire form.\***

Smith v. United States

CaseNo:19-1348C; 20-1878C

Number                    150

1

I HEREBY CERTIFY that on this 28th day of April 2023, the foregoing *Plaintiffs' Notice of Filing Opt-In Consent to Join Forms* was electronically filed with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel of record who have enrolled and registered for receipt of filings via the Court's ECF system.

                                                      /s/ Leeanna Carcione