# In the United States Court of Federal Claims

PETRINA SMITH, et al.,

    and

DREXEL ANDERSON, et al.,

    *Plaintiffs,*

v.

THE UNITED STATES,

    *Defendant.*

No. 19-1348C; 20-1878C
(Filed: June 2, 2023)

**ORDER**

The Court hereby **SCHEDULES** a scheduling conference for Wednesday, June 7, 2023, at 2:30 PM ET.  The proceeding will be held via CMS audio conference, and counsel for each party will be provided with dial-in information.

**IT IS SO ORDERED.**

                                                      s/ Carolyn N. Lerner
                                                    CAROLYN N. LERNER
                                                    Judge