# In the United States Court of Federal Claims

| PETRINA SMITH et al., | |
|---|---|
| and | |
| DREXEL ANDERSON et al., | |
|    *Plaintiffs,* | Nos. 19-1348C; 20-1878C |
| v. | (Filed: June 7, 2023) |
| THE UNITED STATES, | |
|    *Defendant.* | |

**ORDER**

Pursuant to the June 7, 2023 scheduling conference, the Court hereby **ADOPTS** the following schedule:

| Event | Date |
|---|---|
| Deadline for Parties to provide Initial Disclosures pursuant to RCFC 26(a)(1) | August 18, 2023 |
| Deadline to amend pleadings (to incorporate additional opt-ins) | August 18, 2023 |
| Deadline to hold a settlement conference | September 29, 2023 |
| Deadline to file Joint Status Report updating the Court on status of settlement conference | October 16, 2023 |
| Close of Fact Discovery | May 31, 2024 |
| The Parties shall disclose their expert witnesses. | June 14, 2024 |
| The Parties shall exchange opening expert witness reports. | July 12, 2024 |
| The Parties shall exchange rebuttal expert witness reports. | August 9, 2024 |
| Close of Expert Discovery | September 13, 2024 |

| Deadline to hold a settlement conference, if necessary | September 20, 2024 |
| --- | --- |
| Deadline to file Joint Status Report updating the Court on status of settlement conference | September 30, 2024 |
| Joint Status Conference | October 16, 2024 |

**IT IS SO ORDERED.**


 s/ Carolyn N. Lerner
CAROLYN N. LERNER
Judge