## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| PETRINA SMITH, et. al., | |
| Plaintiffs, | Case No. 19-1348 |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |
| | |
| DREXEL ANDERSON, et. al., | Case No. 20-1878 C |
| Plaintiffs, | |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

## SECOND CONSOLIDATED COMPLAINT

Plaintiffs PETRINA SMITH, RICHARD BARTONI, MILDRED CANNARY, CHERISE CARTER, LOURDES QUINTERO GARCIA, JEANETTE LITTLE, TONYA WHITE, WILLIAM WEBB, JR., SUSAN CACCIAGRANI, JOANNA COOPER, STACEY CONN, WILLIAM MCCAGUE, DREXEL ANDERSON, CHRISTINA CUNNINGHAM, MICHAEL FURNACE, ANNA SCHERER, KELSEY WILLIAMS, SYLVIA ALBANI, MARSHA CASTON, JODY CLARK, LINDA HICKMAN, PATRICIA MCKEARNEY, RICHARD MAYNARD, REGINA TILLERY, LAURA WARD, DAVID WHITMARSH, ANH QUACH, CHERLDECE KNOX, JOEL TUCKER, KEVIN SIMMONS, LA'REE JACKSON, ZALIKA COLLINS, CHARLES SMITH, CHRISTINA MICCHELLI, DEVONTE MARSHALL, JODY FREDERICK, MARIA CRAWMER, ANITA FLOREZ, BENZENIA HART, KEVIN DORSEY, MELISSA PRYCE, MICHAEL MALERBA, EUSTACIA JONES, RAYMOND WELLS,

COURTENAY LANE, GEOFFREY O'BRIEN,       NIMALI SONDEL, DEANNA MARIE
ABRAM, DEVIN JAMES ANDERSON, IRANEISHA ANDERSON, CAROLINE ASHBURN,
DAWN AUSTIN, SHELBY BABB, DONNABELLE BALGOS, ELIZABETH BENNETT,
THERESA BETHEA, PATRICIA BISHOP, JON JAMES BJOSTAD, KATHERYIN BOYSEN,
MISTI BREWER, MISHA BROWN, KIMBERLY KAYE BRYANT, CAROL CADELL,
MAGDALENA CIPRIANO, STACEY MONET CLEMMER, LUIS COLON BAEZ, ALICIA
CONROY, JANINE CONWAY, VANESSA COPELAND, ROBERTO CRUZ-OTERO,
KRYSTAL DAWN CZARNECKI, MELVIN DANIEL, JULIUS ALFONZUS DAVIS JR,
NELVON DAVIS, SEANA DONOVAN, HUGH THOMAS DUFFY, STACYANN EWAN,
CHACE KOLBERG GELLHAUS, LUIS A GERENA, KEVIN JON GILBERTSON, MARCIA
GIVEN, APRIL GREEN, STACY ROSALEE GROSS, JUAN G. GUADALUPE-OQUENDO,
JESUS GUZMAN, JACQUELINE HAMILTON, VICKEY HARRIS, KATHLEEN HART,
DAVID HASH, JACYNDA LYNN HATHAWAY, KARISSA HAUGER, DENNIS JEROME
HEINEN, ALICIA HENDERSON, TEOMIKO HENDERSON, SAM LUIS HERNANDEZ,
EILEEN HORAN, GARY HUNT, VANESSA C ICONOMOU, TERRONDA JACKSON,
LATOYA JOHNSON, SYBIL JOHNSON, TRENT JONES, VERNON KEARNEY, ROBERT
KILROY, MEGAN KLINKAMON, TAMMY LAUGHLIN, KIARA JENELL LEE, AMANDA
LEWANDOWSKI, ANGELA MARIE LOMBARDO, BETTY LONG, MELISSA MANLEY,
ROBIN FALECIA MARION, JANET MARSHALL, PATRICE MARSHALL, MONIQUE
MARTIN, LAUREN MAYER, MELISSA MCPHERSON, JACK MERRITT, JUNEICE
MICHAUX, WILLARD MILLER, JOHN MITCHELL, EDDICK MOORE, TIFFANY L
MYERS, AMY ARLENE ODAM, CLIFFORD OLSON, HECTOR ORTIZ SOTO, EXANDRA
PARHAM, SAMUEL PASCARELLA, CAROL SUE PETTITT, JUANITA PILLERS, JASON

CARL POHNERT, SARA POLCZYNSKI, BETH POND, PAUL POSTRION, DOROTHY RAGSDALE, STACEY RAHR, WILMARY RAMOS, WILLIE H. REED, SHANIKA RICE, SHELLEY ANTOINETTE RILEY, JOHN ROMO, ASHON RUFFINS, LUIS A RUIZ-CRUZ, ANTHONY SAGE, LUISANA SALAZAR, IRENE SAUL, ANGELA SHANNON, SHEILA SHERRELL, VALERIE SINGLETON, WADE SLOAN, CATHERINE SMITH, BRIAN SPROUSE, LAWRENCE SUTTON, TRACY SWEETWATER, JACQUELYN TAMARIZ, CASSANDRA TATE-SMITH, DEAN S TAYLOR, KARLA THOMAS, CHARLES A THOMPSON, CIARA THURLOW, DAVID VALBRACHT, MARY VALENTINSEN, FERNANDO VELASQUEZ, CRAIG VIKE, CANDIS WHITAKER, REGINA LATICE WHITE, SAMANTHA K. WHITE, HOPE WILSON, BOBBIE WINBORN, RONALD WOROBEL, and DONNA YARNOT  (collectively referred to herein as "Plaintiffs"), for their Complaint against The United States of America (herein "Defendant"), state the following. Each allegation in this Complaint either has evidentiary support or is likely to have evidentiary support after discovery.

**NATURE OF PLAINTIFFS' CLAIMS**

1.      This lawsuit arises under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, *et seq.,* for Defendant's failure to pay Plaintiffs overtime wages.

2.      Plaintiffs were employed by the United States Department of Veterans Affairs, a federal agency, as Assistant Canteen Chiefs ("ACCs") for the Veterans Canteen Service.

3.      For purposes of the FLSA, Defendant misclassified Plaintiffs and other ACCs as "exempt" employees.

4.      Although Plaintiffs often worked more than forty (40) hours per week, they were not paid overtime as required by the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, *et seq.*

5.      Plaintiffs spent the majority of their work time performing the same or similar

manual duties as non-exempt, hourly employees.

6.      Other ACCs spent the majority of their work time performing the same or similar duties as non-exempt, hourly employees.

7.      Plaintiffs bring their overtime claims against Defendant as a collective action pursuant to 29 U.S.C. § 216(b).

## JURISDICTION AND VENUE

8.      This Court has jurisdiction over Plaintiffs' claims under the Tucker Act, 28 U.S.C. § 1491(a)(1). *Abbey v. U.S.*, 745 F.3d 1363, 1369 (Fed. Cir. 2014).

9.      Venue is proper in this judicial district. *Id.*

## THE PARTIES

*Plaintiffs*

10.      Plaintiffs and other ACCs were employed by the U.S. Department of Veterans Affairs as ACCs for the Veterans Canteen Service.

11.      Plaintiff, PETRINA SMITH, is a resident of Redwood City, California, located in San Mateo County. Defendant employed Plaintiff as an ACC in its Palo Alto and Menlo Park, California, VCS locations, which are located in Regions 14 and 15, from September 28, 2012 to February 21, 2019.

12.      Plaintiff PETRINA SMITH's Consent to Join this action was filed on September 4, 2019. *See* Dkt #1-1 in the *Smith v. United States,* No. 19-1348C (the *Smith* action).

13.      Plaintiff PETRINA SMITH resides in and is domiciled in Redwood City, California.

14.      Plaintiff RICHARD BARTONI worked for Defendant as an ACC at a canteen in Palo Alto, California, which is located in Regions 14 and 15, from approximately November 2020

to July 2021.

15.     Plaintiff RICHARD BARTONI's Consent to Join this action was filed on April 5, 2022. *See* Dkt #52 in the *Smith* action.

16.     Plaintiff RICHARD BARTONI resides in and is domiciled in San Ramon, California.

17.     Plaintiff MILDRED CANNARY worked for Defendant as an ACC at a canteen in Waco, Texas, which is located in Regions 13 and 14, from approximately December 2019 to December 2021.

18.     Plaintiff MILDRED CANNARY's Consent to Join this action was filed on December 5, 2022. *See* Dkt #75 in the *Smith* action.

19.     Plaintiff MILDRED CANNARY resides in and is domiciled in Waco, Texas.

20.     Plaintiff CHERISE CARTER worked for Defendant as an ACC at canteens in Fresno, California, Martinez, California, Monterey, California, and San Francisco, California, which are located in Regions 14 and/or 15; at a canteen in Eugene, Oregon, which is located in Region 12; at canteens in Boise, Idaho, and White City, Oregon, which are located in Regions 11 and 12; at a canteen in Poplar Bluff, Missouri, which is located in Region 9; at a canteen in Harlingen, Texas, which is located in Regions 13 and 14; and at a canteen in Las Vegas, Nevada, which is located in Regions 12 and 15, from approximately April 2018 to September 2020, October 2020 to August 2021, and November 2020 to December 2020.

21.     Plaintiff CHERISE CARTER's Consent to Join this action was filed on December 5, 2022. *See* Dkt #75 in the *Smith* action.

22.     Plaintiff CHERISE CARTER resides in and is domiciled in Fresno, California.

23.     Plaintiff LOURDES QUINTERO GARCIA worked for Defendant as an ACC at a

canteen in Seattle, Washington, which is located in Regions 11 and 12, from approximately February 2018 to June 2021.

24.     Plaintiff LOURDES QUINTERO GARCIA's Consent to Join this action was filed on December 5, 2022. *See* Dkt #75 in the *Smith* action.

25.     Plaintiff LOURDES QUINTERO GARCIA resides in and is domiciled in Mountlake Terrace, Washington.

26.     Plaintiff JEANETTE LITTLE worked for Defendant as an ACC at a canteen in Loma Linda, California, which is located in Regions 12 and 13, from approximately October 2018 to November 2020.

27.     Plaintiff JEANETTE LITTLE's Consent to Join this action was filed on December 5, 2022. *See* Dkt #75 in the *Smith* action.

28.     Plaintiff JEANETTE LITTLE resides in and is domiciled in Beaumont, California.

29.     Plaintiff TONYA WHITE worked for Defendant as an ACC at canteens in Tacoma, Washington, and Seattle, Washington, which is located in Regions 11 and 12, from approximately Nov. 25, 2018, to June 5, 2020.

30.     Plaintiff TONYA WHITE's Consent to Join this action was filed on December 5, 2022. *See* Dkt #75 in the *Smith* action.

31.     Plaintiff TONYA WHITE resides in and is domiciled in Encino, California.

32.     Plaintiff WILLIAM WEBB, JR. works for Defendant as an ACC at a canteen in Los Angeles, California, which is in Regions 12 and 13, from approximately May 2019 to the present.

33.     Plaintiff WILLIAM WEBB, JR.'s Consent to Join this action was filed on December 5, 2022. *See* Dkt #75 in the *Smith* action.

6

34.     Plaintiff WILLIAM WEBB, JR. resides in and is domiciled in Los Angeles, California.

35.     Plaintiff SUSAN CACCIAGRANI works for Defendant as an ACC at canteens in Boston, Massachusetts, West Roxbury, Massachusetts, and Brockton, Massachusetts, which are located in Region 3, from approximately 1994 to the present.

36.     Plaintiff SUSAN CACCIAGRANI's Consent to Join this action was filed on December 5, 2022. *See* Dkt #75 in the *Smith* action.

37.     Plaintiff SUSAN CACCIAGRANI resides in and is domiciled in Norwood, Massachusetts.

38.     Plaintiff JOANNA COOPER works for Defendant as an ACC at a canteen in New Orleans, Louisiana, which is located in Regions 6 and 10, from approximately February 19, 2019 to the present.

39.     Plaintiff JOANNA COOPER's Consent to Join this action was filed on December 5, 2022. *See* Dkt #75 in the *Smith* action.

40.     Plaintiff JOANNA COOPER resides in and is domiciled in New Orleans, Louisiana.

41.     Plaintiff STACEY CONN worked for Defendant as an ACC at a canteen in West Haven, Connecticut, which is located in Region 3 from approximately March 2017 to August 2020.

42.     Plaintiff STACEY CONN's Consent to Join this action was filed on December 5, 2022. *See* Dkt #75 in the *Smith* action.

43.     Plaintiff STACEY CONN resides in and is domiciled in Killingworth, Connecticut.

44.     Plaintiff WILLIAM MCCAGUE works for Defendant as an ACC at a canteen in Pittsburgh, Pennsylvania, which is located in Region 1, from approximately July 4, 2019 to the

present.

45.     Plaintiff WILLIAM MCCAGUE's Consent to Join this action was filed on December 5, 2022. *See* Dkt #75 in the *Smith* action.

46.     Plaintiff WILLIAM MCCAGUE resides in and is domiciled in Pittsburgh, Pennsylvania.

47.     Plaintiff DREXEL ANDERSON worked for Defendant as an ACC at a canteen in Jackson, Mississippi, which is located in Region 9, from approximately November 2019 to September 2020.

48.     Plaintiff DREXEL ANDERSON's Consent to Join this action was filed on December 16, 2020. *See* Dkt #1-1 in *Anderson et al. v. United States*, Case No. 20-1878 C ("*Anderson* action").

49.     Plaintiff DREXEL ANDERSON resides in and is domiciled in Byram, Mississippi.

50.     Plaintiff CHRISTINA CUNNINGHAM worked for Defendant as an ACC in a canteen in Seattle, Washington, which is located in Region 12, from approximately December 2018 to May 2019.

51.     Plaintiff CHRISTINA CUNNINGHAM's Consent to Join this action was filed on December 16, 2020. *See* Dkt #1-1 in the *Anderson* action.

52.     Plaintiff CHRISTINA CUNNINGHAM resides in and is domiciled in Kent, Washington.

53.     Plaintiff MICHAEL FURNACE worked for Defendant as an ACC in a canteen in North Little Rock, Arkansas, which is located in Region 9, from approximately October 2017 to September 2018.

54.     Plaintiff MICHAEL FURNACE's Consent to Join this action was filed on

December 16, 2020. *See* Dkt #4-1 in the *Anderson* action.

55.     Plaintiff MICHAEL FURNACE resides in and is domiciled in Cumming, Georgia.

56.     Plaintiff ANNA SCHERER worked for Defendant as an ACC in a Canteen in White City, Oregon, which is located in Region 12, from approximately April 2018 to July 2020.

57.     Plaintiff ANNA SCHERER's Consent to Join this action was filed on December 16, 2020. *See* Dkt #4-1 in the *Anderson* action.

58.     Plaintiff ANNA SCHERER resides in and is domiciled in Medford, Oregon.

59.     Plaintiff KELSEY WILLIAMS worked for Defendant as an ACC in a Canteen in Columbus, Ohio, which is located in Region 7, from approximately August 2018 to June 2020.

60.     Plaintiff KELSEY WILLIAMS' Consent to Join this action was filed on November 3, 2021. *See* Dkt #16-1 in the *Anderson* action.

61.     Plaintiff KELSEY WILLIAMS resides in and is domiciled in Columbus, Ohio.

62.     Plaintiff SYLVIA ALBANI worked for Defendant as an ACC in a Canteen in West Palm Beach, Florida, which is located in Region 6, from approximately May 2005 to May 2019.

63.     Plaintiff SYLVIA ALBANI's Consent to Join this action was filed on April 6, 2022. *See* Dkt #22-1 in the *Anderson* action.

64.     Plaintiff SYLVIA ALBANI resides in and is domiciled in Stuart, Florida.

65.     Plaintiff MARSHA CASTON worked for Defendant as an ACC in a Canteen in Jackson, Mississippi, which is located in Region 9, from approximately November 2019 to September 2021.

66.     Plaintiff MARSHA CASTON's Consent to Join this action was filed on April 6. 2022. *See* Dkt #22-1 in the *Anderson* action.

67.     Plaintiff MARSHA CASTON resides in and is domiciled in Canton, Mississippi.

68.     Plaintiff JODY CLARK worked for Defendant as an ACC in a Canteen in Pittsburg, Pennsylvania, which is located in Region 1, from approximately June 2018 to June 2019.

69.     Plaintiff JODY CLARK's Consent to Join this action was filed on April 6, 2022. *See* Dkt #22-1 in the *Anderson* action.

70.     Plaintiff JODY CLARK resides in and is domiciled in McDonald, Pennsylvania.

71.     Plaintiff LINDA HICKMAN worked for Defendant as an ACC in a Canteen in Amarillo, Texas, which is located in Region 11, from approximately August 2015 to December 2020.

72.     Plaintiff LINDA HICKMAN's Consent to Join this action was filed on April 6, 2022. *See* Dkt #22-1 in the *Anderson* action.

73.     Plaintiff LINDA HICKMAN resides in and is domiciled in Amarillo, Texas.

74.     Plaintiff PATRICIA MCKEARNEY worked for defendant as an ACC in a Canteen in Boston, Massachusetts, which is located in Region 3, from approximately September 2018 to February 2020.

75.     Plaintiff PATRICIA MCKEARNEY's Consent to Join this action was filed on April 6, 2022. *See* Dkt #22-1 in the *Anderson* action.

76.     Plaintiff PATRICIA MCKEARNEY resides in and is domiciled in Manchester, New Hampshire.

77.     Plaintiff RICHARD MAYNARD worked for Defendant as an ACC in a Canteen in Albany, New York, which is located in Region 3, from approximately March 2020 to March 2021.

78.     Plaintiff RICHARD MAYNARD's Consent to Join this action was filed on April 6, 2022. *See* Dkt #22-1 in the *Anderson* action.

79.     Plaintiff RICHARD MAYNARD resides in and is domiciled in Cobleskill, New York.

80.     Plaintiff REGINA TILLERY worked for Defendant as an ACC in a Canteen in Washington, District of Columbia, which is located in Region 9, from approximately January 2019 to May 2020.

81.     Plaintiff REGINA TILLERY's Consent to Join this action was filed on April 6, 2022. *See* Dkt #22-1 in the *Anderson* action.

82.     Plaintiff REGINA TILLERY resides in and is domiciled in Temple Hills, Maryland.

83.     Plaintiff LAURA WARD worked for Defendant as an ACC in a Canteen in Tuscaloosa, Alabama, which is located in Region 10, from approximately October 2017 to Jun 2019.

84.     Plaintiff LAURA WARD's Consent to Join this action was filed on April 6, 2022. *See* Dkt #22-1 in the *Anderson* action.

85.     Plaintiff LAURA WARD resides in and is domiciled in Eastvale, California.

86.     Plaintiff DAVID WHITMARSH worked for Defendant as an ACC in a Canteen in West Roxbury, Massachusetts, which is located in Region 3, from approximately September 2019 to June 2020.

87.     Plaintiff DAVID WHITMARSH's Consent to Join this action was filed on April 6, 2022. *See* Dkt #22-1 in the *Anderson* action.

88.     Plaintiff DAVID WHITMARSH resides in and is domiciled in Portsmouth, Rhode Island.

89.     Plaintiff ANH QUACH worked for Defendant as an ACC in a Canteen in Phoenix,

Arizona, which is located in Region 12, from approximately June 2019 to February 2021.

90.     Plaintiff ANH QUACH's Consent to Join this action was filed on April 8, 2022. *See* Dkt #24-1 in the *Anderson* action.

91.     Plaintiff ANH QUACH resides in and is domiciled in Laveen, Arizona.

92.     Plaintiff CHERLDECE KNOX worked for Defendant as an ACC in a Canteen in Austin, Texas, which is located in Region 14, from approximately August 2018 to April 2020.

93.     Plaintiff CHERLDECE KNOX's Consent to Join this action was filed on April 8, 2022. *See* Dkt #24-1 in the *Anderson* action.

94.     Plaintiff CHERLDECE KNOX resides in and is domiciled in Austin, Texas

95.     Plaintiff JOEL TUCKER worked for Defendant as an ACC in a Canteen in St. Louis, Missouri, which is located in Region 9, from approximately March 2020 to September 2020.

96.     Plaintiff JOEL TUCKER's Consent to Join this action was filed on April 8, 2022. *See* Dkt #24-1 in the *Anderson* action.

97.     Plaintiff JOEL TUCKER resides in and is domiciled in St. Louis, Missouri.

98.     Plaintiff KEVIN SIMMONS worked for Defendant as an ACC in a Canteen in Augusta, Georgia, which is located in Region 5, from approximately March 2019 to February 2020.

99.     Plaintiff KEVIN SIMMONS' Consent to Join this action was filed on April 8, 2022. *See* Dkt #24-1 in the *Anderson* action.

100.    Plaintiff KEVIN SIMMONS resides in and is domiciled in Stone Mountain, Georgia.

101.    Plaintiff LA'REE JACKSON worked for Defendant as an ACC in a Canteen in

Buffalo, New York, which is located in Region 1, from approximately May 2019 – March 2020.

102.    Plaintiff LA'REE JACKSON's Consent to Join this action was filed on April 8, 2022. *See* Dkt #24-1 in the *Anderson* action.

103.    Plaintiff LA'REE JACKSON resides in and is domiciled in Buffalo, New York.

104.    Plaintiff ZALIKA COLLINS worked for Defendant as an ACC in a Canteen in San Francisco, California, which is located in Region 15, from approximately June 2017 to August 2019.

105.    Plaintiff ZALIKA COLLINS' Consent to Join this action was filed on April 8, 2022. *See* Dkt #24-1 in the *Anderson* action.

106.    Plaintiff ZALIKA COLLINS resides in and is domiciled in San Pablo, California.

107.    Plaintiff CHARLES SMITH worked for Defendant as an ACC in a Canteen in Lake Nona, Florida, which is located in Region 6, from approximately June 2015 to March 2020.

108.    Plaintiff CHARLES SMITH's Consent to Join this action was filed on April 14, 2022. *See* Dkt #26-1 in the *Anderson* action.

109.    Plaintiff CHARLES SMITH resides in and is domiciled in Orlando, Florida.

110.    Plaintiff CHRISTINA MICCHELLI worked for Defendant as an ACC in a Canteen in Hampton, Virginia, which is located in Region 2, from approximately November 2017 to January 2020.

111.    Plaintiff CHRISTINA MICCHELLI's Consent to Join this action was filed on April 14, 2022. *See* Dkt #26-1 in the *Anderson* action.

112.    Plaintiff CHRISTINA MICCHELLI resides in and is domiciled in Chesapeake, Virginia.

113.    Plaintiff DEVONTE MARSHALL worked for Defendant as an ACC in a Canteen

in Durham, North Carolina, which is located in Region 4, from approximately March 2018 to September 2019.

114.    Plaintiff DEVONTE MARSHALL's Consent to Join this action was filed on April 14, 2022. *See* Dkt #26-1 in the *Anderson* action.

115.    Plaintiff DEVONTE MARSHALL resides in and is domiciled in Cary, North Carolina.

116.    Plaintiff JODY FREDERICK worked for Defendant as an ACC in a Canteen in Minneapolis, Minnesota, which is located in Region 8, from approximately June 2017 to July 2020.

117.    Plaintiff JODY FREDERICK's Consent to Join this action was filed on April 14, 2022. *See* Dkt #26-1 in the *Anderson* action.

118.    Plaintiff JODY FREDERICK resides in and is domiciled in Woodbury, Minnesota.

119.    Plaintiff MARIA CRAWMER worked for Defendant as an ACC in a Canteen in Albany, New York, which is located in Region 3, from approximately July 2018 to October 2019.

120.    Plaintiff MARIA CRAWMER's Consent to Join this action was filed on April 14, 2022. *See* Dkt #26-1 in the *Anderson* action.

121.    Plaintiff MARIA CRAWMER resides in and is domiciled in Albany, New York.

122.    Plaintiff ANITA FLOREZ worked for Defendant as an ACC in a Canteen in Houston, Texas, which is located in Region 14, from approximately April 2018 to April 2021.

123.    Plaintiff ANITA FLOREZ's Consent to Join this action was filed on April 28, 2022. *See* Dkt #27-1 in the *Anderson* action.

124.    Plaintiff ANITA FLOREZ resides in and is domiciled in Dickinson, Texas.

125.    Plaintiff BENZENIA HART worked for Defendant as an ACC in a Canteen in

Lebanon, Pennsylvania, which is located in Region 2, from approximately September 2019 to May 2020.

126. Plaintiff BENZENIA HART's Consent to Join this action was filed on April 28, 2022. *See* Dkt #27-1 in the *Anderson* action.

127. Plaintiff BENZENIA HART resides in and is domiciled in Harrisburg, Pennsylvania.

128. Plaintiff KEVIN DORSEY worked for Defendant as an ACC in a Canteen in Biloxi, Mississippi, which is located in Region 10, from approximately July 2019 to October 2019.

129. Plaintiff KEVIN DORSEY's Consent to Join this action was filed on April 28, 2022. *See* Dkt #27-1 in the *Anderson* action.

130. Plaintiff KEVIN DORSEY resides in and is domiciled in Gulfport, Mississippi.

131. Plaintiff MELISSA PRYCE worked for Defendant as an ACC in a canteen in Cincinnati, Ohio, which is located in Region 7, from approximately 2017 to October 2019.

132. Plaintiff MELISSA PRYCE's Consent to Join this action was filed on April 28, 2022. *See* Dkt #27-1 in the *Anderson* action.

133. Plaintiff MELISSA PRYCE resides in and is domiciled in Cincinnati, Ohio.

134. Plaintiff MICHAEL MALERBA worked for Defendant as an ACC in a canteen in Long Island, New York, which is located in Region 2, from approximately June 2019 to June 2020.

135. Plaintiff MICHAEL MALERBA's Consent to Join this action was filed on April 28, 2022. *See* Dkt #27-1 in the *Anderson* action.

136. Plaintiff MICHAEL MALERBA resides in and is domiciled in Huntington Station, New York.

137. Plaintiff EUSTACIA JONES worked for Defendant as an ACC in a canteen in St.

Louis, Missouri, which is located in Region 9, from approximately July 2019 to February 2020.

138. Plaintiff EUSTACIA JONES' Consent to Join this action was filed on May 4, 2022. *See* Dkt 28-1 in the *Anderson* action.

139. Plaintiff EUSTACIA JONES resides in and is domiciled in Collinsville, Illinois.

140. Plaintiff RAYMOND WELLS worked for Defendant as an ACC in a canteen location in Columbia, South Carolina, which is located in Region 4, between approximately August 2016 and July 2021.

141. Plaintiff RAYMOND WELLS' Consent to Join this action was filed on May 5, 2022. *See* Dkt 29-1 in the *Anderson* action.

142. Plaintiff RAYMOND WELLS resides in, and is domiciled in, Newport News, Virginia.

143. Plaintiff COURTENAY LANE worked for Defendant as an ACC in a canteen in Shreveport, Louisiana, which is located in Region 10, from approximately September 2019 to February 2020.

144. Plaintiff COURTENAY LANE's Consent to Join this action was filed on May 4, 2022. *See* Dkt 28-1 in the *Anderson* action.

145. Plaintiff COURTENAY LANE resides in and is domiciled in Shreveport, Louisiana.

146. Plaintiff NIMALI SONDEL worked for Defendant as an ACC at canteen locations in Bronx and Brooklyn, New York, which are located in Region 2, from approximately March 2015 to June 2019.

147. Plaintiff NIMALI SONDEL's Consent to Join this action was filed on May 9, 2022. *See* Dkt 30-1 in the *Anderson* action.

148.   Plaintiff NIMALI SONDEL resides in and is domiciled in St. Albans, New York.

149.   Plaintiff GEOFFREY O'BRIEN worked for Defendant as an ACC at a canteen location in Cleveland, Ohio, which is located in Region 1, from approximately January 2012 to August 2019.

150.   Plaintiff GEOFFREY O'BRIEN's Consent to Join this action was filed on May 16, 2022. *See* Dkt 31-1 in the *Anderson* action.

151.   Plaintiff GEOFFREY O'BRIEN resides in and is domiciled in Bay Village, Ohio.

152.   Plaintiff GARY GEORGE worked for Defendant as an ACC at canteen locations in Kansas City, Missouri, which is located in Region 9, from approximately December 2013 to October 2020.

153.   Plaintiff GARY GEORGE's Consent to Join this action was filed on September 2, 2022. *See* Dkt 43 in the *Anderson* action.

154.   Plaintiff GARY GEORGE resides in and is domiciled in Greenwood, Missouri.

155.   Plaintiff DEANNA MARIE ABRAM worked for Defendant as an ACC at a canteen location in Kansas City, Missouri, which is located in Region 9, from approximately June 2012 to the present.

156.   Plaintiff DEANNA MARIE ABRAM's Consent to Join this action was filed on February 6, 2023. *See* Dkt 84.

157.   Plaintiff DEANNA MARIE ABRAM resides in and is domiciled in Tonganoxie, Kansas.

158.   Plaintiff DEVIN JAMES ANDERSON worked for Defendant as an ACC at a canteen location in Charleston, South Carolina, which is located in Region 5, from approximately April 2021 to January 2022.

159.    Plaintiff DEVIN JAMES ANDERSON's Consent to Join this action was filed on February 13, 2023. *See* Dkt 85.

160.    Plaintiff DEVIN JAMES ANDERSON resides in and is domiciled in Ladson, South Carolina.

161.    Plaintiff IRANEISHA ANDERSON works for Defendant as an ACC at a canteen location in Houston, Texas, which is located in Region 14, from approximately July 2016 to the present.

162.    Plaintiff IRANEISHA ANDERSON's Consent to Join this action was filed on April 28, 2023. *See* Dkt 98.

163.    Plaintiff IRANEISHA ANDERSON resides in and is domiciled in Richmond, Texas.

164.    Plaintiff CAROLINE ASHBURN worked for Defendant as an ACC at a canteen location in Memphis, Tennessee, which is located in Region 9, from approximately March 2021 to August 2021.

165.    Plaintiff CAROLINE ASHBURN's Consent to Join this action was filed on February 17, 2023. *See* Dkt 87.

166.    Plaintiff CAROLINE ASHBURN resides in and is domiciled in Kissimmee, Florida.

167.    Plaintiff DAWN AUSTIN worked for Defendant as an ACC at a canteen location in Martinsburg, West Virginia, which is located in Region 1, from approximately January 2013 to June 2021.

168.    Plaintiff DAWN AUSTIN's Consent to Join this action was filed on April 21, 2023. *See* Dkt 97.

169.    Plaintiff DAWN AUSTIN resides in and is domiciled in Hagerstown Maryland.

170.    Plaintiff SHELBY BABB worked for Defendant as an ACC at canteen locations in Louisville, Kentucky (Region 7), Loma Linda, California (Region 12), and Columbia Missouri (Region 9) from approximately November 2014 to the present.

171.    Plaintiff SHELBY BABB's Consent to Join this action was filed on February 6, 2023. *See* Dkt 84.

172.    Plaintiff SHELBY BABB resides in and is domiciled in Mentone, California.

173.    Plaintiff DONNABELLE BALGOS worked for Defendant as an ACC at canteen locations in Palo Alton and San Francisco, California, which are located in Region 14, from approximately February 2022 to the present.

174.    Plaintiff DONNABELLE BALGOS' Consent to Join this action was filed on February 6, 2023. *See* Dkt 84.

175.    Plaintiff DONNABELLE BALGOS resides in and is domiciled in Daly City, California.

176.    Plaintiff ELIZABETH BENNETT worked for Defendant as an ACC at a canteen location in Richmond, Virginia, which is located in Region 1, from approximately May 2018 to December 2022.

177.    Plaintiff ELIZABETH BENNETT's Consent to Join this action was filed on February 17, 2023. *See* Dkt 87.

178.    Plaintiff ELIZABETH BENNETT resides in and is domiciled in South Chesterfield, Virginia.

179.    Plaintiff THERESA BETHEA works for Defendant as an ACC at a canteen location in Pittsburgh, Pennsylvania, which is located in Region 1, from approximately August

2010 to the present.

180.   Plaintiff THERESA BETHEA's Consent to Join this action was filed on February 6, 2023. *See* Dkt 84.

181.   Plaintiff THERESA BETHEA resides in and is domiciled in McKeesport, Pennsylvania.

182.   Plaintiff PATRICIA BISHOP worked for Defendant as an ACC at a canteen location in Cheyenne, Wyoming, which is located in Region 10, from approximately July 2022 to January 2023.

183.   Plaintiff PATRICIA BISHOP's Consent to Join this action was filed on February 17, 2023. *See* Dkt 87.

184.   Plaintiff PATRICIA BISHOP resides in and is domiciled in Cheyenne, Wyoming.

185.   Plaintiff JON JAMES BJOSTAD worked for Defendant as an ACC at a canteen location in Minneapolis, Minnesota, which is located in Region 8, from approximately February 2017 to June 2023.

186.   Plaintiff JON JAMES BJOSTAD's Consent to Join this action was filed on May 2, 2023. *See* Dkt 100.

187.   Plaintiff JON JAMES BJOSTAD resides in and is domiciled in Maplewood, Minnesota.

188.   Plaintiff KATHERYN BOYSEN works for Defendant as an ACC at a canteen location in Philadelphia, Pennsylvania, which is located in Region 2, from approximately December 2014 to the present.

189.   Plaintiff KATHERYIN BOYSEN's Consent to Join this action was filed on February 17, 2023. *See* Dkt 87.

190.    Plaintiff KATHERYIN BOYSEN resides in and is domiciled in Pennsburg, Pennsylvania.

191.    Plaintiff MISTI BREWER works for Defendant as an ACC at a canteen location in Atlanta, Georgia, which is located in Region 5, from approximately March 2007 to the present.

192.    Plaintiff MISTI BREWER's Consent to Join this action was filed on March 10, 2023. *See* Dkt 91.

193.    Plaintiff MISTI BREWER resides in and is domiciled in McDonough, Georgia.

194.    Plaintiff MISHA BROWN works for Defendant as an ACC at a canteen location in Shreveport, Louisiana, which is located in Region 13, from approximately June 2019 to the present.

195.    Plaintiff MISHA BROWN's Consent to Join this action was filed on February 13, 2023. *See* Dkt 85.

196.    Plaintiff MISHA BROWN resides in and is domiciled in Decatur, Georgia.

197.    Plaintiff KIMBERLY KAYE BRYANT worked for Defendant as an ACC at a canteen location in San Antonio, Texas, which is located in Region 13, from approximately August 2018 to May 2022.

198.    Plaintiff KIMBERLY KAYE BRYANT's Consent to Join this action was filed on February 6, 2023. *See* Dkt 84.

199.    Plaintiff KIMBERLY KAYE BRYANT resides in and is domiciled in San Antonio, Texas.

200.    Plaintiff CAROL CADELL works for Defendant as an ACC at a canteen location in Bronx, New York, which is located in Region 2, from approximately November 2017 to the present.

201.    Plaintiff CAROL CADELL's Consent to Join this action was filed on May 2, 2023. *See* Dkt 100.

202.    Plaintiff CAROL CADELL resides in and is domiciled in Bronx, New York.

203.    Plaintiff MAGDALENA CIPRIANO works for Defendant as an ACC at a canteen location in Long Beach, California, which is located in Region 12, from approximately August 2019 to the present.

204.    Plaintiff MAGDALENA CIPRIANO's Consent to Join this action was filed on February 13, 2023. *See* Dkt 85.

205.    Plaintiff MAGDALENA CIPRIANO resides in and is domiciled in San Pedro, California.

206.    Plaintiff STACEY MONET CLEMMER worked for Defendant as an ACC at canteen locations in Asheville, North Carolina, and Johnson City, Tennessee, which are located in Regions 4 and 5, respectively, from approximately September 2018 to December 2019.

207.    Plaintiff STACEY MONET CLEMMER's Consent to Join this action was filed on March 3, 2023. *See* Dkt 90.

208.    Plaintiff STACEY MONET CLEMMER resides in and is domiciled in Erwin, Tennessee.

209.    Plaintiff LUIS COLON BAEZ works for Defendant as an ACC at a canteen location in San Juan, Puerto Rico, which is located in Region 5, from approximately September 2019 to the present.

210.    Plaintiff LUIS COLON BAEZ's Consent to Join this action was filed on February 22, 2023. *See* Dkt 88.

211.    Plaintiff LUIS COLON BAEZ resides in and is domiciled in Gurabo, Puerto Rico.

212.    Plaintiff ALICIA CONROY works for Defendant as an ACC at canteen locations in Brooklyn, New York and Northport, New York, which are located in Region 2, from approximately October 2019 to the present.

213.    Plaintiff ALICIA CONROY's Consent to Join this action was filed on February 6, 2023. *See* Dkt 84.

214.    Plaintiff ALICIA CONROY resides in and is domiciled in Huntington Station, New York.

215.    Plaintiff JANINE CONWAY worked for Defendant as an ACC at canteen locations in Biloxi, Mississippi (Region 10), Shreveport, Louisiana (Region 10), Alexandria, Louisiana (Region 10), Pittsburgh, Pennsylvania (Region 1), Cincinnati, Ohio (Region 7), Tuskegee, Alabama (Region 10), and Montgomery, Alabama (Region 10) between approximately September 2015 to the present.

216.    Plaintiff JANINE CONWAY's Consent to Join this action was filed on February 13, 2023. *See* Dkt 85.

217.    Plaintiff JANINE CONWAY resides in and is domiciled in Birmingham, Alabama.

218.    Plaintiff VANESSA COPELAND works for Defendant as an ACC at a canteen location in Philadelphia, Pennsylvania, which is located in Region 2, from approximately May 2018 to the present.

219.    Plaintiff VANESSA COPELAND's Consent to Join this action was filed on February 13, 2023. *See* Dkt 85.

220.    Plaintiff VANESSA COPELAND resides in and is domiciled in Philadelphia, Pennsylvania.

221.    Plaintiff ROBERTO CRUZ-OTERO works for Defendant as an ACC at a canteen

location in San Juan, Puerto Rico, which is located in Region 5, from approximately October 2004 to the present.

222.    Plaintiff ROBERTO CRUZ-OTERO's Consent to Join this action was filed on February 22, 2023. *See* Dkt 88.

223.    Plaintiff ROBERTO CRUZ-OTERO resides in and is domiciled in Carolina, Puerto Rico.

224.    Plaintiff KRYSTAL DAWN CZARNECKI works for Defendant as an ACC at a canteen location in Lake City, FL, which is located in Region 6, from approximately September 2017 to the present.

225.    Plaintiff KRYSTAL DAWN CZARNECKI's Consent to Join this action was filed on February 13 2023. *See* Dkt 86.

226.    Plaintiff KRYSTAL DAWN CZARNECKI resides in and is domiciled in Lake City, Florida.

227.    Plaintiff MELVIN DANIEL worked for Defendant as an ACC at a canteen location in Memphis, Tennessee, which is located in Region 9, from approximately July 2019 to April 2020.

228.    Plaintiff MELVIN DANIEL's Consent to Join this action was filed on April 21, 2023. *See* Dkt .97

229.    Plaintiff MELVIN DANIEL resides in and is domiciled in Cordova, Tennessee.

230.    Plaintiff JULIUS ALFONZUS DAVIS, JR works for Defendant as an ACC at a canteen location in Atlanta, Georgia, which is located in Region 5, from approximately August 2019 to the present.

231.    Plaintiff JULIUS ALFONZUS DAVIS JRs Consent to Join this action was filed on

April 28, 2023. *See* Dkt 98.

232.    Plaintiff JULIUS ALFONZUS DAVIS JR resides in and is domiciled in North Charleston, South Carolina.

233.    Plaintiff NELVON DAVIS worked for Defendant as an ACC at a canteen location in Jackson, Mississippi, which is located in Region 9, from approximately April 2018 to July 2022.

234.    Plaintiff NELVON DAVIS' Consent to Join this action was filed on February 6, 2023. *See* Dkt 84.

235.    Plaintiff NELVON DAVIS resides in and is domiciled in Jackson, Mississippi.

236.    Plaintiff SEANA DONOVAN worked for Defendant as an ACC at canteen locations in Chicago, Illinois, and Cleveland, Ohio, which are located in Regions 1 and 8, respectively, from approximately January 2017 to July 2021.

237.    Plaintiff SEANA DONOVAN's Consent to Join this action was filed on February 6, 2023. *See* Dkt 84.

238.    Plaintiff SEANA DONOVAN resides in and is domiciled in Kerrville, Texas.

239.    Plaintiff HUGH THOMAS DUFFY works for Defendant as an ACC at a canteen location in Sepulveda, California, which is located in Region 12, from approximately July 2015 to the present.

240.    Plaintiff HUGH THOMAS DUFFY's Consent to Join this action was filed on April 28, 2023. *See* Dkt 98.

241.    Plaintiff HUGH THOMAS DUFFY resides in and is domiciled in Upland, California.

242.    Plaintiff STACYANN EWAN works for Defendant as an ACC at a canteen location in East Orange, New Jersey, which is located in Region 2, from approximately October

2017 to the present.

243.   Plaintiff STACYANN EWAN's Consent to Join this action was filed on February 17, 2023. *See* Dkt 87.

244.   Plaintiff STACYANN EWAN resides in and is domiciled in Irvington, New Jersey.

245.   Plaintiff CHACE KOLBERG GELLHAUS worked for Defendant as an ACC at a canteen location in Phoenix, Arizona, which is located in Region 12, from approximately November 2015 to November 2022.

246.   Plaintiff CHACE KOLBERG GELLHAUS's Consent to Join this action was filed on May 2, 2023. *See* Dkt 101.

247.   Plaintiff CHACE KOLBERG GELLHAUS resides in and is domiciled in Mesa, Arizona.

248.   Plaintiff LUIS A GERENA works for Defendant as an ACC at a canteen location in San Juan, Puerto Rico, which is located in Region 5, from approximately August 2012 to the present.

249.   Plaintiff LUIS A GERENA's Consent to Join this action was filed on February 6, 2023. *See* Dkt 84.

250.   Plaintiff LUIS A GERENA resides in and is domiciled in Caguas, Puerto Rico.

251.   Plaintiff KEVIN JON GILBERTSON worked for Defendant as an ACC at a canteen location in Wichita, Kansas, which is located in Region 9, from approximately January 2019 to January 2021.

252.   Plaintiff KEVIN JON GILBERTSON's Consent to Join this action was filed on February 6, 2023. *See* Dkt 84.

253.   Plaintiff KEVIN JON GILBERTSON resides in and is domiciled in Wichita,

Kansas.

254.    Plaintiff MARCIA GIVEN worked for Defendant as an ACC at a canteen location in Bay Pines, Florida, which is located in Region 6, from approximately August 2018 to June 2020.

255.    Plaintiff MARCIA GIVEN's Consent to Join this action was filed on February 24, 2023. *See* Dkt 89.

256.    Plaintiff MARCIA GIVEN resides in and is domiciled in St Petersburg, Florida.

257.    Plaintiff APRIL GREEN worked for Defendant as an ACC at a canteen location in Pittsburgh, Pennsylvania, which is located in Region 1, from approximately April 2019 to May 2021.

258.    Plaintiff APRIL GREEN's Consent to Join this action was filed on February 6, 2023. *See* Dkt 84.

259.    Plaintiff APRIL GREEN resides in and is domiciled in Ravena, New York.

260.    Plaintiff STACY ROSALEE GROSS works for Defendant as an ACC at a canteen location in Augusta, Georgia, which is located in Region 5, from approximately October 2016 to the present.

261.    Plaintiff STACY ROSALEE GROSS' Consent to Join this action was filed on March 3, 2023. *See* Dkt 90.

262.    Plaintiff STACY ROSALEE GROSS resides in and is domiciled in Grovetown, Georgia.

263.    Plaintiff JUAN G. GUADALUPE-OQUENDO works for Defendant as an ACC at a canteen location in San Juan, Puerto Rico, which is located in Region 5, from approximately July 2016 to the present.

264.    Plaintiff JUAN G. GUADALUPE-OQUENDO's Consent to Join this action was

filed on February 22, 2023. *See* Dkt 88.

265.    Plaintiff JUAN G. GUADALUPE-OQUENDO resides in and is domiciled in Gurabo, Puerto Rico.

266.    Plaintiff JESUS GUZMAN worked for Defendant as an ACC at a canteen location in Los Angeles, California, which is located in Region 12, from approximately February 2021 to December 2021.

267.    Plaintiff JESUS GUZMAN's Consent to Join this action was filed on February 6, 2023. *See* Dkt 84.

268.    Plaintiff JESUS GUZMAN resides in and is domiciled in Van Nuys, California.

269.    Plaintiff JACQUELINE HAMILTON worked for Defendant as an ACC at a canteen location in Cheyenne, Wyoming, which is located in Region 11, from approximately March 2020 to October 2020.

270.    Plaintiff JACQUELINE HAMILTON's Consent to Join this action was filed on April 21, 2023. *See* Dkt 97.

271.    Plaintiff JACQUELINE HAMILTON resides in and is domiciled in Cheyenne, Wyoming.

272.    Plaintiff VICKEY HARRIS works for Defendant as an ACC at a canteen location in Ann Arbor, Michigan, which is located in Region 7, from approximately August 2006 to the present.

273.    Plaintiff VICKEY HARRIS's Consent to Join this action was filed on February 17, 2023. *See* Dkt 87.

274.    Plaintiff VICKEY HARRIS resides in and is domiciled in Carleton, Michigan.

275.    Plaintiff KATHLEEN HART worked for Defendant as an ACC at a canteen

location in Portland, Oregon, which is located in Region 12, from approximately November 2008 to June 2020.

276.   Plaintiff KATHLEEN HART's Consent to Join this action was filed on April 17, 2023. *See* Dkt 96.

277.   Plaintiff KATHLEEN HART resides in and is domiciled in Beaverton, Oregon.

278.   Plaintiff DAVID HASH works for Defendant as an ACC at a canteen location in San Diego, California, which is located in Region 12, from approximately May 2017 to the present.

279.   Plaintiff DAVID HASH's Consent to Join this action was filed on May 2, 2023. *See* Dkt 100.

280.   Plaintiff DAVID HASH resides in and is domiciled in San Diego, California.

281.   Plaintiff JACYNDA LYNN HATHAWAY works for Defendant as an ACC at a canteen location in Portland, Oregon, which is located in Region 12, from approximately March 2019 to the present.

282.   Plaintiff JACYNDA LYNN HATHAWAY's Consent to Join this action was filed on April 3, 2023. *See* Dkt 94.

283.   Plaintiff JACYNDA LYNN HATHAWAY resides in and is domiciled in Vancouver, Washington.

284.   Plaintiff KARISSA HAUGER worked for Defendant as an ACC at a canteen location in Madison, Wisconsin, which is located in Region 8, from approximately November 2017 to the August 2020.

285.   Plaintiff KARISSA HAUGER's Consent to Join this action was filed on February 6, 2023. *See* Dkt 84.

286.   Plaintiff KARISSA HAUGER resides in and is domiciled in Albany, Wisconsin.

287.   Plaintiff DENNIS JEROME HEINEN worked for Defendant as an ACC at a canteen location in Spokane, Washington, which is located in Region 11, from approximately November 2017 to September 2022.

288.   Plaintiff DENNIS JEROME HEINEN's Consent to Join this action was filed on February 17, 2023. *See* Dkt 87.

289.   Plaintiff DENNIS JEROME HEINEN resides in and is domiciled in Spokane, Washington.

290.   Plaintiff ALICIA HENDERSON worked for Defendant as an ACC at a canteen location in Houston, Texas, which is located in Region 13, from approximately October 2018 to March 2022.

291.   Plaintiff ALICIA HENDERSON's Consent to Join this action was filed on February 17, 2023. *See* Dkt 87.

292.   Plaintiff ALICIA HENDERSON resides in and is domiciled in Brookshire, Texas

293.   Plaintiff TEOMIKO HENDERSON works for Defendant as an ACC at a canteen location in Decatur, Georgia, which is located in Region 5, from approximately September 2018 to the present.

294.   Plaintiff TEOMIKO HENDERSON's Consent to Join this action was filed on February 6, 2023. *See* Dkt 84.

295.   Plaintiff TEOMIKO HENDERSON resides in and is domiciled in Stone Mountain, Georgia.

296.   Plaintiff SAM LUIS HERNANDEZ works for Defendant as an ACC at a canteen location in San Antonio, Texas, which is located in Region 13, from approximately August 2019 to the present.

297.    Plaintiff SAM LUIS HERNANDEZ's Consent to Join this action was filed on March 10, 2023. *See* Dkt 91.

298.    Plaintiff SAM LUIS HERNANDEZ resides in and is domiciled in San Antonio, Texas.

299.    Plaintiff EILEEN HORAN works for Defendant as an ACC at a canteen location in Northport, New York, which is located in Region 2, from approximately February 2014 to the present.

300.    Plaintiff EILEEN HORAN's Consent to Join this action was filed on February 17, 2023. *See* Dkt 87.

301.    Plaintiff EILEEN HORAN resides in and is domiciled in Bay Shore, New York.

302.    Plaintiff GARY HUNT worked for Defendant as an ACC at a canteen location in Baltimore, Maryland, which is located in Region 4, from approximately October 2017 to July 2020.

303.    Plaintiff GARY HUNT's Consent to Join this action was filed on March 3, 2023. *See* Dkt 90.

304.    Plaintiff GARY HUNT resides in and is domiciled in Katy, Texas.

305.    Plaintiff VANESSA ICONOMOU works for Defendant as an ACC at a canteen location in Albany, New York, which is located in Region 3, from approximately April 2021 to the present.

306.    Plaintiff VANESSA ICONOMOU's Consent to Join this action was filed on February 13, 2023. *See* Dkt 85.

307.    Plaintiff VANESSA C ICONOMOU resides in and is domiciled in Purling, New York.

308.    Plaintiff TERRONDA JACKSON works for Defendant as an ACC at a canteen location in Jackson, Mississippi, which is located in Region 9, from approximately October 2021 to the present.

309.    Plaintiff TERRONDA JACKSON's Consent to Join this action was filed on February 6, 2023. *See* Dkt 84.

310.    Plaintiff TERRONDA JACKSON resides in and is domiciled in Brandon, Mississippi.

311.    Plaintiff LATOYA JOHNSON works for Defendant as an ACC at a canteen location in Dublin, Georgia, which is located in Region 9, from approximately September 2018 to the present.

312.    Plaintiff LATOYA JOHNSON's Consent to Join this action was filed on March 3, 2023. *See* Dkt 90.

313.    Plaintiff LATOYA JOHNSON resides in and is domiciled in Dublin, Georgia.

314.    Plaintiff SYBIL JOHNSON worked for Defendant as an ACC at a canteen location in Loma Linda, California, which is located in Region 12, from approximately September 2015 to September 2021.

315.    Plaintiff SYBIL JOHNSON's Consent to Join this action was filed on April 21, 2023. *See* Dkt 97.

316.    Plaintiff SYBIL JOHNSON resides in and is domiciled in Colton, California.

317.    Plaintiff TRENT JONES worked for Defendant as an ACC at a canteen location in Minneapolis, Minnesota, which is located in Region 8, from approximately August 2019 to April 2022.

318.    Plaintiff TRENT JONES' Consent to Join this action was filed on February 17,

2023. *See* Dkt 87.

319.    Plaintiff TRENT JONES resides in and is domiciled in Minneapolis, Minnesota.

320.    Plaintiff VERNON KEARNEY works for Defendant as an ACC at a canteen location in San Diego, California, which is located in Region 12, from approximately January 2016 to the present.

321.    Plaintiff VERNON KEARNEY's Consent to Join this action was filed on February 24, 2023. *See* Dkt 89.

322.    Plaintiff VERNON KEARNEY resides in and is domiciled in Spring Valley, California.

323.    Plaintiff ROBERT KILROY works for Defendant as an ACC at a canteen location in Tucson, Arizona, which is located in Region 13, from approximately July 2019 to the present.

324.    Plaintiff ROBERT KILROY's Consent to Join this action was filed on February 6, 2023. *See* Dkt 84.

325.    Plaintiff ROBERT KILROY resides in and is domiciled in Tucson, Arizona.

326.    Plaintiff MEGAN KLINKAMON worked for Defendant as an ACC at a canteen locations in Sacramento, San Francisco, and Martinez in California, which are located in Region 15, from approximately April 2019 to September 2020.

327.    Plaintiff MEGAN KLINKAMON's Consent to Join this action was filed on February 24, 2023. *See* Dkt 89.

328.    Plaintiff MEGAN KLINKAMON resides in and is domiciled in Sacramento, California.

329.    Plaintiff TAMMY LAUGHLIN worked for Defendant as an ACC at a canteen location in Durham, North Carolina, which is located in Region 4, from approximately July 2017

to August 30, 2020.

330.    Plaintiff TAMMY LAUGHLIN's Consent to Join this action was filed on February 13, 2023. *See* Dkt 85.

331.    Plaintiff TAMMY LAUGHLIN resides in and is domiciled in Gibsonville, North Carolina.

332.    Plaintiff KIARA JENELL LEE works for Defendant as an ACC at a canteen location in Cincinnati, Ohio, which is located in Region 7, from approximately October 2018 to the present.

333.    Plaintiff KIARA JENELL LEE's Consent to Join this action was filed on April 28, 2023. *See* Dkt 98.

334.    Plaintiff KIARA JENELL LEE resides in and is domiciled in Cincinnati, Ohio.

335.    Plaintiff AMANDA LEWANDOWSKI works for Defendant as an ACC at a canteen location in Seattle, Washington, which is located in Region 11, from approximately June 2022 to the present.

336.    Plaintiff AMANDA LEWANDOWSKI's Consent to Join this action was filed on April 28, 2023. *See* Dkt 98.

337.    Plaintiff AMANDA LEWANDOWSKI resides in and is domiciled in Mukilteo, Washington.

338.    Plaintiff ANGELA MARIE LOMBARDO works for Defendant as an ACC at a canteen location in Providence, Rhode Island, which is located in Region 3, from approximately April 2018 to the present.

339.    Plaintiff ANGELA MARIE LOMBARDO's Consent to Join this action was filed on February 6, 2023. *See* Dkt 84.

340.   Plaintiff ANGELA MARIE LOMBARDO resides in and is domiciled in Barrington, Rhode Island.

341.   Plaintiff BETTY LONG worked for Defendant as an ACC at a canteen location in Salt Lake City, Utah, which is located in Region 11, from approximately July 2021 to September 2021.

342.   Plaintiff BETTY LONG's Consent to Join this action was filed on March 3, 2023. *See* Dkt 90.

343.   Plaintiff BETTY LONG resides in and is domiciled in Murray, Utah.

344.   Plaintiff MELISSA MANLEY worked for Defendant as an ACC at a canteen location in Memphis, Tennessee, which is located in Region 9, from approximately August 2021 to April 2022.

345.   Plaintiff MELISSA MANLEY's Consent to Join this action was filed on April 3, 2023. *See* Dkt 94.

346.   Plaintiff MELISSA MANLEY resides in and is domiciled in Searcy, Arkansas.

347.   Plaintiff ROBIN FALECIA MARION worked for Defendant as an ACC at a canteen location in Charleston, South Carolina, which is located in Region 5, from approximately September 2017 to March 2022.

348.   Plaintiff ROBIN FALECIA MARION's Consent to Join this action was filed on May 2, 2023. *See* Dkt 100.

349.   Plaintiff ROBIN FALECIA MARION resides in and is domiciled in North Charleston, South Carolina.

350.   Plaintiff JANET MARSHALL worked for Defendant as an ACC at a canteen location in Martinez, California, which is located in Region 15, from approximately November

2015 to June 2020.

351.    Plaintiff JANET MARSHALL's Consent to Join this action was filed on February 17, 2023. *See* Dkt 87.

352.    Plaintiff JANET MARSHALL resides in and is domiciled in Fairfield, California.

353.    Plaintiff PATRICE MARSHALL worked for Defendant as an ACC at a canteen location in Kerrville, Texas, which is located in Region 13, from approximately October 2014 to August 2021.

354.    Plaintiff PATRICE MARSHALL's Consent to Join this action was filed on February 17, 2023. *See* Dkt 87.

355.    Plaintiff PATRICE MARSHALL resides in and is domiciled in San Antonio, Texas.

356.    Plaintiff MONIQUE MARTIN worked for Defendant as an ACC at a canteen location in Memphis, Tennessee, which is located in Region 9, from approximately March 2016 to August 2021.

357.    Plaintiff MONIQUE MARTIN's Consent to Join this action was filed on February 13, 2023. *See* Dkt 85.

358.    Plaintiff MONIQUE MARTIN resides in and is domiciled in Saint Louis, Missouri.

359.    Plaintiff LAUREN MAYER worked for Defendant as an ACC at a canteen location in Martinsburg, West Virginia, which is located in Region 1, from approximately April 2021 to April 2022.

360.    Plaintiff LAUREN MAYER's Consent to Join this action was filed on February 24, 2023. *See* Dkt 89.

361.    Plaintiff LAUREN MAYER resides in and is domiciled in Martinsburg, West

Virginia.

362.     Plaintiff MELISSA MCPHERSON worked for Defendant as an ACC at a canteen location in Dayton, Ohio, which is located in Region 7, from approximately June 2019 to May 2023.

363.     Plaintiff MELISSA MCPHERSON's Consent to Join this action was filed on March 10, 2023. *See* Dkt 91.

364.     Plaintiff MELISSA MCPHERSON resides in and is domiciled in Fairborn, Ohio.

365.     Plaintiff JACK MERRITT worked for Defendant as an ACC at a canteen location in Portland, Oregon, which is located in Region 12, from approximately July 2010 to June 2020.

366.     Plaintiff JACK MERRITT's Consent to Join this action was filed on February 24, 2023. *See* Dkt 89.

367.     Plaintiff JACK MERRITT resides in and is domiciled in King City, Oregon.

368.     Plaintiff JUNEICE MICHAUX worked for Defendant as an ACC at a canteen location in Nashville, Tennessee, which is located in Region 7, from approximately July 2017 to October 2022.

369.     Plaintiff JUNEICE MICHAUX's Consent to Join this action was filed on February 6, 2023. *See* Dkt 84.

370.     Plaintiff JUNEICE MICHAUX resides in and is domiciled in Nashville, Tennessee.

371.     Plaintiff WILLARD MILLER worked for Defendant as an ACC at a canteen location in Ann Arbor, Michigan, which is located in Region 7, from approximately November 2010 to June 2020.

372.     Plaintiff WILLARD MILLER's Consent to Join this action was filed on August 17,

2023. *See* Dkt 106[1].

373.    Plaintiff WILLARD MILLER resides in and is domiciled in Detroit, Michigan.

374.    Plaintiff JOHN MITCHELL works for Defendant as an ACC at a canteen location in Tucson, Arizona, which is located in Region 13, from approximately September 2016 to the present.

375.    Plaintiff JOHN MITCHELL's Consent to Join this action was filed on February 6, 2023. *See* Dkt 84.

376.    Plaintiff JOHN MITCHELL resides in and is domiciled in Tucson, Arizona.

377.    Plaintiff EDDICK MOORE worked for Defendant as an ACC at a canteen location in Pineville, Louisiana, which is located in Region 13, from approximately April 2019 to October 2021.

378.    Plaintiff EDDICK MOORE's Consent to Join this action was filed on March 3, 2023. *See* Dkt 90.

379.    Plaintiff EDDICK MOORE resides in and is domiciled in Alexandria, Louisiana.

380.    Plaintiff TIFFANY L MYERS works for Defendant as an ACC at a canteen location in Baltimore, Maryland, which is located in Region 4, from approximately October 2018 to the present.

381.    Plaintiff TIFFANY L MYERS' Consent to Join this action was filed on February 17, 2023. *See* Dkt 87.

382.    Plaintiff TIFFANY L MYERS resides in and is domiciled in Cockeysville, Maryland.

---

[1] Mr. Willard timely signed and submitted his Consent to Join form to the administrator before the May 2, 2023 opt-in deadline, but it was not provided to Plaintiffs' counsel in error.

383.    Plaintiff AMY ARLENE ODAM worked for Defendant as an ACC at a canteen location in Amarillo, Texas, which is located in Region 13, from approximately March 2021 to October 2022.

384.    Plaintiff AMY ARLENE ODAM's Consent to Join this action was filed on February 24, 2023. *See* Dkt 89.

385.    Plaintiff AMY ARLENE ODAM resides in and is domiciled in Amarillo, Texas.

386.    Plaintiff CLIFFORD OLSON worked for Defendant as an ACC at a canteen location in North Chicago, Illinois, which is located in Region 8, from approximately January 2020 to May 2021.

387.    Plaintiff CLIFFORD OLSON's Consent to Join this action was filed on February 24, 2023. *See* Dkt 89.

388.    Plaintiff CLIFFORD OLSON resides in and is domiciled in Mount Pleasant, Wisconsin.

389.    Plaintiff HECTOR ORTIZ SOTO works for Defendant as an ACC at a canteen location in San Juan, Puerto Rico, which is located in Region 5, from approximately November 2008 to the present.

390.    Plaintiff HECTOR ORTIZ SOTO's Consent to Join this action was filed on February 22, 2023. *See* Dkt 88.

391.    Plaintiff HECTOR ORTIZ SOTO resides in and is domiciled in Carolina, Puerto Rico.

392.    Plaintiff EXANDRA PARHAM worked for Defendant as an ACC at a canteen location in Atlanta, Georgia, which is located in Region 5, from approximately December 2017 to May 2021.

393.    Plaintiff EXANDRA PARHAM's Consent to Join this action was filed on April 17, 2023. *See* Dkt 96.

394.    Plaintiff EXANDRA PARHAM resides in and is domiciled in Decatur, Georgia.

395.    Plaintiff SAMUEL PASCARELLA works for Defendant as an ACC at a canteen location in Syracuse, New York, which is located in Region 3, from approximately March 2020 to the present.

396.    Plaintiff SAMUEL PASCARELLA's Consent to Join this action was filed on March 3, 2023. *See* Dkt 90.

397.    Plaintiff SAMUEL PASCARELLA resides in and is domiciled in Syracuse, New York.

398.    Plaintiff CAROL SUE PETTITT worked for Defendant as an ACC at a canteen location in Nashville, Tennessee, which is located in Region 5, from approximately October 2018 to July 2021.

399.    Plaintiff CAROL SUE PETTITT's Consent to Join this action was filed on February 24, 2023. *See* Dkt 89.

400.    Plaintiff CAROL SUE PETTITT resides in and is domiciled in Hendersonville, Tennessee.

401.    Plaintiff JUANITA PILLERS worked for Defendant as an ACC at a canteen location in Jackson, Mississippi, which is located in Region 10, from approximately July 2017 to June 2023.

402.    Plaintiff JUANITA PILLERS's Consent to Join this action was filed on March 10, 2023. *See* Dkt 91.

403.    Plaintiff JUANITA PILLERS resides in and is domiciled in Crystal Springs,

Mississippi.

404.    Plaintiff JASON CARL POHNERT worked for Defendant as an ACC at a canteen location in Kansas City, Kansas, which is located in Region 9, from approximately May 2021 to April 2022.

405.    Plaintiff JASON CARL POHNERT's Consent to Join this action was filed on April 28, 2023. *See* Dkt 98.

406.    Plaintiff JASON CARL POHNERT resides in and is domiciled in Blue Springs, Missouri.

407.    Plaintiff SARA POLCZYNSKI worked for Defendant as an ACC at a canteen location in Milwaukee, Wisconsin, which is located in Region 8, from approximately June 2021 to January 2023.

408.    Plaintiff SARA POLCZYNSKI's Consent to Join this action was filed on May 2, 2023. *See* Dkt 100.

409.    Plaintiff SARA POLCZYNSKI resides in and is domiciled in West Allis, Wisconsin.

410.    Plaintiff BETH POND works for Defendant as an ACC at a canteen location in Sioux Falls, South Dakota, which is located in Region 10, from approximately March 2017 to the present.

411.    Plaintiff BETH POND's Consent to Join this action was filed on February 13, 2023. *See* Dkt 85.

412.    Plaintiff BETH POND resides in and is domiciled in Sioux Falls, South Dakota.

413.    Plaintiff PAUL POSTRION has worked for Defendant as an ACC at a canteen location in East Orange, New Jersey, which is located in Region 2, since June 2022.

41

414.     Plaintiff PAUL POSTRION's Consent to Join this action was filed on February 6, 2023. *See* Dkt 84.

415.     Plaintiff PAUL POSTRION resides in and is domiciled in Islamorada, FL

416.     Plaintiff DOROTHY RAGSDALE works for Defendant as an ACC at a canteen location in North Chicago, Illinois, which is located in Region 8, from approximately January 2015 to the present.

417.     Plaintiff DOROTHY RAGSDALE's Consent to Join this action was filed on February 17, 2023. *See* Dkt 87.

418.     Plaintiff DOROTHY RAGSDALE resides in and is domiciled in Winthrop Harbor, Illinois.

419.     Plaintiff STACEY RAHR worked for Defendant as an ACC at a canteen location in Reno, Nevada, which is located in Region 15, from approximately December 2019 to May 2020.

420.     Plaintiff STACEY RAHR's Consent to Join this action was filed on February 6, 2023. *See* Dkt 84.

421.     Plaintiff STACEY RAHR resides in and is domiciled in Sparks, Nevada.

422.     Plaintiff WILMARY RAMOS works for Defendant as an ACC at a canteen location in San Juan, Puerto Rico, which is located in Region 5, from approximately August 2005 to the present.

423.     Plaintiff WILMARY RAMOS' Consent to Join this action was filed on April 10, 2023. *See* Dkt 95.

424.     Plaintiff WILMARY RAMOS resides in and is domiciled in Dorado, Puerto Rico.

425.     Plaintiff WILLIE H. REED worked for Defendant as an ACC at a canteen location in Dallas, Texas, which is located in Region 13, from approximately October 2019 to February

2022.

426.    Plaintiff WILLIE H. REED's Consent to Join this action was filed on February 6, 2023. *See* Dkt 84.

427.    Plaintiff WILLIE H. REED resides in and is domiciled in Forney, Texas.

428.    Plaintiff SHANIKA RICE worked for Defendant as an ACC at a canteen location in Chicago, Illinois which is located in Region 8, from approximately March 2020 to February 2022.

429.    Plaintiff SHANIKA RICE's Consent to Join this action was filed on March 3, 2023. *See* Dkt 90.

430.    Plaintiff SHANIKA RICE resides in and is domiciled in Chicago, Illinois.

431.    Plaintiff SHELLEY ANTOINETTE RILEY worked for Defendant as an ACC at a canteen location in Alexandria, Louisiana, which is located in Region 10, from approximately July 2011 to April 2022.

432.    Plaintiff SHELLEY ANTOINETTE RILEY's Consent to Join this action was filed on February 17, 2023. *See* Dkt 87.

433.    Plaintiff SHELLEY ANTOINETTE RILEY resides in and is domiciled in Houston, Texas.

434.    Plaintiff JOHN ROMO worked for Defendant as an ACC at a canteen location in Los Angeles, California, which is located in Region 13, from approximately July 1995 to June 2021.

435.    Plaintiff JOHN ROMO Consent to Join this action was filed on April 21, 2023. *See* Dkt 97.

436.    Plaintiff JOHN ROMO resides in and is domiciled in Sylmar, California.

437. Plaintiff ASHON RUFFINS works for Defendant as an ACC at a canteen location in New Orleans, Louisiana, which is located in Region 6, from approximately February 2018 to the present.

438. Plaintiff ASHON RUFFINS' Consent to Join this action was filed on March 3, 2023. *See* Dkt 90.

439. Plaintiff ASHON RUFFINS resides in and is domiciled in New Orleans, Louisiana.

440. Plaintiff LUIS RUIZ-CRUZ worked for Defendant as an ACC at a canteen location in Ponce, Puerto Rico, which is located in Region 6, from approximately July 2014 to February 2022.

441. Plaintiff LUIS RUIZ-CRUZ's Consent to Join this action was filed on March 3, 2023. *See* Dkt 90.

442. Plaintiff LUIS RUIZ-CRUZ resides in and is domiciled in Boqueron, Puerto Rico.

443. Plaintiff ANTHONY SAGE worked for Defendant as an ACC at a canteen location in Lake Nona, Florida, which is located in Region 6, from approximately June 2011 to July 2020.

444. Plaintiff ANTHONY SAGE's Consent to Join this action was filed on March 3, 2023. *See* Dkt 90.

445. Plaintiff ANTHONY SAGE resides in and is domiciled in Orlando, Florida.

446. Plaintiff LUISANA SALAZAR worked for Defendant as an ACC at a canteen location in Los Angeles, California, which is located in Region 13, from approximately September 2018 to February 2020.

447. Plaintiff LUISANA SALAZAR's Consent to Join this action was filed on April 28, 2023. *See* Dkt 98.

448. Plaintiff LUISANA SALAZAR resides in and is domiciled in Los Angeles,

44

California.

449.     Plaintiff IRENE SAUL worked for Defendant as an ACC at a canteen location in Dallas, Texas, which is located in Region 14, from approximately July 2018 to August 2020.

450.     Plaintiff IRENE SAUL's Consent to Join this action was filed on April 17, 2023. *See* Dkt 96.

451.     Plaintiff IRENE SAUL resides in and is domiciled in Bridgeton, New Jersey.

452.     Plaintiff ANGELA SHANNON works for Defendant as an ACC at a canteen location in Altoona, Pennsylvania, which is located in Region 1, from approximately February 2019 to the present.

453.     Plaintiff ANGELA SHANNON's Consent to Join this action was filed on February 6, 2023. *See* Dkt 84.

454.     Plaintiff ANGELA SHANNON resides in and is domiciled in Altoona, Pennsylvania.

455.     Plaintiff SHEILA SHERRELL worked for Defendant as an ACC at a canteen location in Atlanta, Georgia, which is located in Region 5, from approximately October 2010 to February 2021.

456.     Plaintiff SHEILA SHERRELL's Consent to Join this action was filed on February 24, 2023. *See* Dkt 89.

457.     Plaintiff SHEILA SHERRELL resides in and is domiciled in Clarkston, Georgia.

458.     Plaintiff VALERIE SINGLETON worked for Defendant as an ACC at a canteen location in Bronx, New York, which is located in Region 2, from approximately January 1992 to June 2022.

459.     Plaintiff VALERIE SINGLETON's Consent to Join this action was filed on

February 24, 2023. *See* Dkt 89.

460.    Plaintiff VALERIE SINGLETON resides in and is domiciled in West Hempstead, New York.

461.    Plaintiff WADE SLOAN worked for Defendant as an ACC at a canteen location in Baltimore, Maryland, which is located in Region 4, from approximately June 2019 to September 2021.

462.    Plaintiff WADE SLOAN's Consent to Join this action was filed on March 20, 2023. *See* Dkt 93.

463.    Plaintiff WADE SLOAN resides in and is domiciled in Westminster, Maryland.

464.    Plaintiff CATHERINE SMITH works for Defendant as an ACC at a canteen location in Wilmington, Delaware, which is located in Region 2, from approximately July 2017 to the present.

465.    Plaintiff CATHERINE SMITH's Consent to Join this action was filed on March 3, 2023. *See* Dkt 90.

466.    Plaintiff CATHERINE SMITH resides in and is domiciled in Wilmington, Delaware.

467.    Plaintiff BRIAN SPROUSE worked for Defendant as an ACC at a canteen location in Charleston, South Carolina, which is located in Region 5, from approximately September 2021 to April 2022.

468.    Plaintiff BRIAN SPROUSE's Consent to Join this action was filed on February 17, 2023. *See* Dkt 87.

469.    Plaintiff BRIAN SPROUSE resides in and is domiciled in Goose Creek, South Carolina.

470. Plaintiff LAWRENCE SUTTON works for Defendant as an ACC at a canteen location in Jackson, Mississippi, which is located in Region 10, from approximately April 2018 to the present.

471. Plaintiff LAWRENCE SUTTON's Consent to Join this action was filed on March 3, 2023. *See* Dkt 90.

472. Plaintiff LAWRENCE SUTTON resides in and is domiciled in Pearl, Mississippi.

473. Plaintiff TRACY SWEETWATER works for Defendant as an ACC at a canteen location in Wichita, Kansas, which is located in Region 9, from approximately April 2020 to the present.

474. Plaintiff TRACY SWEETWATER's Consent to Join this action was filed on February 6, 2023. *See* Dkt 84.

475. Plaintiff TRACY SWEETWATER resides in and is domiciled in Wichita, Kansas.

476. Plaintiff JACQUELYN TAMARIZ worked for Defendant as an ACC at canteen locations in Hampton, Virginia and Temple, Texas, which are located in Regions 4 and 14, respectively, from approximately September 2018 to June 2022.

477. Plaintiff JACQUELYN TAMARIZ's Consent to Join this action was filed on February 17, 2023. *See* Dkt 87.

478. Plaintiff JACQUELYN TAMARIZ resides in and is domiciled in Moyock, North Carolina.

479. Plaintiff CASSANDRA TATE-SMITH worked for Defendant as an ACC at a canteen location in Chicago, Illinois, which is located in Region 8, from approximately February 2016 to March 2020.

480. Plaintiff CASSANDRA TATE-SMITH's Consent to Join this action was filed on

February 17, 2023. *See* Dkt 87.

481.    Plaintiff CASSANDRA TATE-SMITH resides in and is domiciled in Lansing, Illinois.

482.    Plaintiff DEAN TAYLOR worked for Defendant as an ACC at a canteen location in Oklahoma City, Oklahoma, which is located in Region 10, from approximately April 2016 to January 2022.

483.    Plaintiff DEAN TAYLOR's Consent to Join this action was filed on February 13, 2023. *See* Dkt 85.

484.    Plaintiff DEAN TAYLOR resides in and is domiciled in Oklahoma City, Oklahoma.

485.    Plaintiff KARLA THOMAS works for Defendant as an ACC at a canteen location in San Diego, California, which is located in Region 12, from approximately December 2014 to the present.

486.    Plaintiff KARLA THOMAS' Consent to Join this action was filed on April 10, 2023. *See* Dkt 95.

487.    Plaintiff KARLA THOMAS resides in and is domiciled in Los Angeles, California.

488.    Plaintiff CHARLES THOMPSON worked for Defendant as an ACC at a canteen location in Lyons, New Jersey, which is located in Region 2, from approximately March 2014 to July 2021.

489.    Plaintiff CHARLES THOMPSON's Consent to Join this action was filed on February 6, 2023. *See* Dkt 84.

490.    Plaintiff CHARLES THOMPSON resides in and is domiciled in Somerset, New Jersey.

491.    Plaintiff CIARA THURLOW worked for Defendant as an ACC at a canteen location in Kansas City, Missouri, which is located in Region 9, from approximately August 2019 to May 2021.

492.    Plaintiff CIARA THURLOW's Consent to Join this action was filed on February 24, 2023. *See* Dkt 89.

493.    Plaintiff CIARA THURLOW resides in and is domiciled in Blue Springs, Missouri.

494.    Plaintiff DAVID VALBRACHT works for Defendant as an ACC at a canteen location in North Little Rock, Arkansas, which is located in Region 9, from approximately January 2019 to the present.

495.    Plaintiff DAVID VALBRACHT's Consent to Join this action was filed on February 13, 2023. *See* Dkt 85.

496.    Plaintiff DAVID VALBRACHT resides in and is domiciled in Cabot, Arkansas.

497.    Plaintiff MARY VALENTINSEN worked for Defendant as an ACC at a canteen location in San Francisco, California, which is located in Region 15, from approximately April 2019 to January 2020.

498.    Plaintiff MARY VALENTINSEN's Consent to Join this action was filed on February 6, 2023. *See* Dkt 84.

499.    Plaintiff MARY VALENTINSEN resides in and is domiciled in Biloxi, Mississippi.

500.    Plaintiff FERNANDO VELASQUEZ worked for Defendant as an ACC at a canteen location in San Francisco, California, which is located in Region 15, from approximately April 2020 to September 2020.

501.    Plaintiff FERNANDO VELASQUEZ's Consent to Join this action was filed on

March 10, 2023. *See* Dkt 91.

502.    Plaintiff FERNANDO VELASQUEZ resides in and is domiciled in San Jose, California.

503.    Plaintiff CRAIG VIKE works for Defendant as an ACC at a canteen location in Fresno, California, which is located in Region 14, from approximately February 2021 to the present.

504.    Plaintiff CRAIG VIKE's Consent to Join this action was filed on February 17, 2023. *See* Dkt 87.

505.    Plaintiff CRAIG VIKE resides in and is domiciled in Fresno, California.

506.    Plaintiff CANDIS WHITAKER works for Defendant as an ACC at a canteen location in Gainesville, Florida, which is located in Region 5, from approximately December 2016 to the present.

507.    Plaintiff CANDIS WHITAKER's Consent to Join this action was filed on February 24, 2023. *See* Dkt 89.

508.    Plaintiff CANDIS WHITAKER resides in and is domiciled in Gainesville, Florida.

509.    Plaintiff REGINA WHITE worked for Defendant as an ACC at a canteen location in Tuskegee, Alabama, which is located in Region 10, from approximately September 2018 to October 2020.

510.    Plaintiff REGINA WHITE's Consent to Join this action was filed on February 6, 2023. *See* Dkt 84.

511.    Plaintiff REGINA WHITE resides in and is domiciled in Montgomery, Alabama.

512.    Plaintiff SAMANTHA WHITE worked for Defendant as an ACC at a canteen location in East Orange, New Jersey, which is located in Region 2, from approximately January

2019 to March 2022.

513.    Plaintiff SAMANTHA WHITE's Consent to Join this action was filed on May 11, 2023.[2] *See* Dkt 102.

514.    Plaintiff SAMANTHA WHITE resides in and is domiciled in East Orange, New Jersey.

515.    Plaintiff HOPE WILSON worked for Defendant as an ACC at a canteen location in White River Junction, Vermont, which is located in Region 3, from approximately September 2018 to February 2020.

516.    Plaintiff HOPE WILSON's Consent to Join this action was filed on April 28, 2023. *See* Dkt 98.

517.    Plaintiff HOPE WILSON resides in and is domiciled in South Royalton, Vermont.

518.    Plaintiff BOBBIE WINBORN worked for Defendant as an ACC at a canteen location in Nashville, Tennessee, which is located in Region 7, from approximately July 2021 to March 2022.

519.    Plaintiff BOBBIE WINBORN's Consent to Join this action was filed on February 13, 2023. *See* Dkt 85.

520.    Plaintiff BOBBIE WINBORN resides in and is domiciled in Petersburg, Tennessee.

521.    Plaintiff RONALD WOROBEL worked for Defendant as an ACC at a canteen location in Orlando, Florida, which is located in Region 6, from approximately June 2016 to July 2020.

522.    Plaintiff RONALD WOROBEL's Consent to Join this action was filed on February

---

[2] Ms. White timely signed and mailed her consent form to the administrator before the May 2, 2023 opt-in deadline, but her envelope was returned as undeliverable.

27, 2023. *See* Dkt 87.

523.   Plaintiff RONALD WOROBEL resides in and is domiciled in Huntington, West Virginia.

524.   Plaintiff DONNA YARNOT works for Defendant as an ACC at a canteen location in Salisbury, North Carolina, which is located in Region 4, from approximately June 2013 to the present.

525.   Plaintiff DONNA YARNOT's Consent to Join this action was filed on April 10, 2023. *See* Dkt 95.

526.   Plaintiff DONNA YARNOT resides in and is domiciled in Salisbury, North Carolina.

***Defendants***

527.   Defendant operates "canteens" located within VA medical centers in all 50 states, the District of Columbia, and Puerto Rico.

528.   Defendant's canteens are comprised of cafes, coffee shops, retail stores, and vending machines.

529.   As a public agency, Defendant is an enterprise engaged in commerce or in the production of goods for commerce as defined by 29 U.S.C. § 203(s)(1)(C).

**FACTS**

530.   During Plaintiffs' employment with Defendant, Defendant misclassified Plaintiffs as exempt from the overtime requirements of the FLSA, 29 U.S.C. § 207.

531.   Defendant similarly misclassified other ACCs as exempt from the overtime requirements of the FLSA, 29 U.S.C. § 207.

532.   Plaintiffs and other ACCs primarily performed non-exempt, manual job duties,

including: preparing food in the cafes, making and serving drinks in the canteen coffee shops, stocking vending machines, restocking supplies in the cafes and coffee shops, performing cleaning and sanitation duties, and working the cash registers.

533.   Plaintiffs did not exercise any meaningful degree of independent judgment or discretion with respect to the exercise of their duties, and they were required to follow policies, practices, and procedures dictated by Defendant.

534.   For example, as ACCs, Plaintiffs' primary duties did not involve: (a) hiring employees; (b) firing employees; (c) setting employees' work schedules; (d) suspending employees; (e) setting employees' rates of pay; or (f) determining what goods and merchandise were sold in the canteen.

535.   Plaintiffs worked under and reported to Canteen Chiefs, whose primary duties were to hire and fire employees, set employees' work schedules, and determine what goods and merchandise were sold in the canteen. The Canteen Chiefs oversaw the Canteens. The Canteen Chiefs, not ACCs, were responsible for hiring, firing and disciplinary decisions, among other responsibilities in running the canteen.

536.   Other ACCs worked under and reported to Canteen Chiefs, who had the authority and were responsible for hiring and firing employees, setting employees' work schedules, and determining what goods and merchandise were sold in the canteen.

537.   Plaintiffs spent the majority of their work time performing the same or similar job duties as the canteens' hourly, non-exempt employees.

538.   Other ACCs spent the majority of their work time performing the same or similar job duties as the canteens' hourly, non-exempt employees.

539.   Defendant regularly suffered or permitted Plaintiffs to work more than their normal

"tour of duty" hours during individual work weeks.

540.    Defendant regularly required Plaintiffs to work between 50 and 60 hours, if not more, during individual work weeks.

541.    Plaintiffs' supervisors had reason to believe that Plaintiffs were working more than their regular duty hours during individual workweeks and had the opportunity to prevent the work from being performed. Plaintiffs communicated with and complained to supervisors, supervisors assigned the tasks that ACCs would perform, and would observe the hours ACCs would work.

542.    Defendant paid Plaintiffs on a salary basis and did not pay them overtime at one and one-half times their regular rates of pay when they worked more than forty (40) hours per week.

543.    Defendant did not keep records of the hours worked by Plaintiffs.

544.    As part of its regular business practice, Defendant willfully engaged in policies and practices that violated the FLSA with respect to Plaintiffs and other ACCs. These policies and practices include:

      a.    Willfully failing to pay Plaintiffs overtime wages for time worked in excess of forty (40) hours during individual work weeks;

      b.    Willfully misclassifying Plaintiffs as exempt employees for purposes of the FLSA; and

      c.    Willfully failing to record the time that Plaintiffs spent working at their respective canteens.

545.    Plaintiffs seek to represent current and former ACCs employed by Defendant in the three-year period preceding the Court's Order Granting Nationwide Conditional Certification (December 2, 2019 to present), who worked at least 40 hours in at least one workweek during the aforementioned time, and who opted-in to this action following issuance of Notice.

**COUNT I**
**Violation of the Fair Labor Standards Act – Overtime Wages**
**(Collective Action – Plaintiffs on behalf of themselves and others similarly-situated)**

Plaintiffs hereby reallege and incorporate the allegations in the foregoing paragraphs as if fully set forth herein.

546.    In one or more work weeks during the last three years, Defendant suffered or permitted Plaintiffs to work more than forty (40) hours per week.

547.    Defendant failed to pay Plaintiffs overtime at a rate of one and one-half times their regular rates of pay when they worked more than forty (40) hours during individual work weeks.

548.    Pursuant to 29 U.S.C. § 207, Plaintiffs were entitled to be paid at a rate of one and one-half times their regular rates of pay for all time worked in excess of forty (40) hours per week.

549.    Defendant's failure to pay Plaintiffs overtime at a rate of one and one-half times their regular rates of pay when they worked more than forty (40) hours per week violated the FLSA. 29. U.S.C. § 207.

550.    Defendant willfully violated the FLSA by failing to pay Plaintiffs overtime pay when they worked more than forty (40) hours per week.

WHEREFORE, Plaintiffs pray for a judgment against Defendant:

A.      Designating this claim a collective action on behalf of all Assistant Canteen Chiefs pursuant to 29 U.S.C. § 216(b);

B.      Declaring that Plaintiffs are non-exempt from the overtime provisions of the FLSA;

C.      Declaring that Defendant's failure to pay Plaintiffs overtime pay at a rate of one and one-half times their regular rate for work performed in excess of forty (40) hours per work week was a violation of the FLSA;

D.      Declaring that Defendant's violation of the FLSA was willful;

E.      Awarding Plaintiffs overtime compensation due for work performed during the previous three years;

F.     Awarding Plaintiffs liquidated damages in an amount equal to the overtime wages owed;

F.     Awarding Plaintiffs reasonable attorneys' fees and costs incurred in filing this action;

H.     Such other and further relief as this Court deems appropriate and just.

Dated:  August 18, 2023

Respectfully submitted,


_s/ David R. Markham_
One of the Attorneys for Plaintiffs

Douglas M. Werman – dwerman@flsalaw.com
Sarah J. Arendt – sarend@flsalaw.com
Werman Salas P.C.
77 West Washington Street, Suite 1402
Chicago, Illinois 60602
312-419-1008
312-419-1025 (facsimile)

David R. Markham
Maggie Realin
Lisa Brevard
THE MARKHAM LAW FIRM
888 Prospect Street, Suite 200
La Jolla, CA 92037
Tel.: (619) 399-3995
dmarkham@markham-law.com
mrealin@markham-law.com
lbrevard@markham-law.com

Walt Pennington
wpennington@pennfirm.com
PENNINGTON LAW FIRM
3304 30th Street
San Diego, CA 92104
Tel.: (619) 940-6157

Stephen B. Morris
morris@sandiegolegal.com
THE LAW OFFICES OF

STEPHEN B. MORRIS
444 West C Street, Suite 300
San Diego, CA 92101
Tel.: (619) 239-1300
Fax: (619) 374-7082
(Of Counsel)

Attorneys for Plaintiffs, on behalf of themselves and all others similarly situated

I HEREBY CERTIFY that on this 18th day of August 2023, the foregoing *Second Consolidated Complaint* was electronically filed with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel of record who have enrolled and registered for receipt of filings via the Court's ECF system.

                                         */s/ Leeanna Carcione*