## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| PETRINA SMITH, *et al.*, )<br> )<br>  and )<br> )<br>DREXEL ANDERSON, *et al.*, )<br> )<br>        Plaintiffs )<br>    v. )<br> )<br>THE UNITED STATES, )<br> )<br>        Defendant )<br> ) | Nos. 19-1348C; 20-1878 C<br><br>(Judge Lerner) |

### JOINT STIPULATION OF DISMISSAL OF APRIL GREEN WITHOUT <u>PREJUDICE</u>

Pursuant to Rule 41(a)(1)(A)(ii) and (B) of the Rules of the Court of Federal Claims (RCFC), the parties hereby stipulate to dismissal without prejudice of April Green from this action, with no court-ordered attorney fees, expenses, or costs. As required by RCFC 41(a)(1)(A)(ii), this stipulation is signed by counsel for all parties who have appeared in this action.

 

                Respectfully submitted,

                BRETT A. SHUMATE
                Assistant Attorney General

/s/ Douglas M. Werman        PATRICIA M. McCARTHY
Douglas M. Werman         Director
Werman Salas P.C.
77 West Washington Street, Suite 1402  /s/ Reginald T. Blades, Jr.
Chicago, Illinois 60602        REGINALD T. BLADES, JR.
312-419-1008           Assistant Director
dwerman@flsalaw.com
                /s/ Brendan D. Jordan
Counsel for *Anderson* Plaintiffs     BRENDAN D. JORDAN

| | |
|---|---|
| /s/ Walt Pennington<br>Walt Pennington<br>Pennington Law Firm<br>P.O. Box 34133<br>San Diego, CA 92163-4133<br>619-940-6157<br>wpennington@pennfirm.com<br><br>Counsel for *Smith* Plaintiffs<br><br>Dated: July 28 2025 | Trial Attorney<br>Commercial Litigation Branch<br>Civil Division<br>Department of Justice<br>P.O. Box 480, Ben Franklin Station<br>Washington, D.C. 20044<br>Tel: (202) 616-0342<br>Brendan.D.Jordan@usdoj.gov<br><br>Counsel for Defendant |