# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| PETRINA SMITH, *et al.*, )<br> )<br> and )<br> )<br>DREXEL ANDERSON, *et al.*, )<br> )<br> Plaintiffs )<br>v. )<br> )<br>THE UNITED STATES, )<br> )<br> Defendant )<br> ) | Nos. 19-1348C; 20-1878 C<br><br>(Judge Lerner) |

**JOINT STATUS REPORT AND JOINT MOTION FOR REFERAL TO ALTERNATIVE DISPUTE RESOLUTION AND TO STAY THIS CASE**

Pursuant to Rule 7(b) and Appendix H, ¶ 3(b)(1) of the Rules of the United States Court of Federal Claims (RCFC) and this Court's July 3, 2025 order (docket text only), plaintiffs and defendant, the United States, jointly and respectfully submit this status report and request that the Court refer this case to Alternate Dispute Resolution (ADR). The parties also jointly and respectfully request a stay of proceedings in Court until 14 days after the conclusion of ADR.

Good cause supports this motion. Counsel for the parties conferred and they both agree that, given the current procedural posture of this case and their prior settlement communications, ADR is appropriate in this case at this time. Accordingly, the parties jointly and respectfully request that the Court refer this case for ADR to a settlement judge of the Court of Federal Claims. *See* RCFC Appendix H, ¶ 3(b)(1). Following referral to a settlement judge, the parties will discuss with the settlement judge the mechanics and logistics of ADR proceedings. To facilitate the parties' good faith attempts to resolve this matter through ADR, the parties further jointly and respectfully request the Court to stay this case until 14 days following the date the settlement judge issues an order concluding ADR pursuant to RCFC Appendix H, ¶ 3(h).

## **CONCLUSION**

For these reasons, the parties jointly respectfully request that the Court refer this matter for ADR to a settlement judge of the Court of Federal Claims and stay this case until 14 days following the settlement judge's issuance of an order concluding ADR.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | BRETT A. SHUMATE<br>Assistant Attorney General |
| /s/ Douglas M. Werman<br>Douglas M. Werman<br>Werman Salas P.C.<br>77 West Washington Street, Suite 1402<br>Chicago, Illinois 60602<br>312-419-1008<br>dwerman@flsalaw.com | PATRICIA M. McCARTHY<br>Director<br><br>/s/ Reginald T. Blades, Jr.<br>REGINALD T. BLADES, JR.<br>Assistant Director |
| Counsel for *Anderson* Plaintiffs | /s/ Brendan D. Jordan<br>BRENDAN D. JORDAN<br>Trial Attorney |
| /s/ Walt Pennington<br>Walt Pennington<br>Pennington Law Firm<br>P.O. Box 34133<br>San Diego, CA 92163-4133<br>619-940-6157<br>wpennington@pennfirm.com | Commercial Litigation Branch<br>Civil Division<br>Department of Justice<br>P.O. Box 480, Ben Franklin Station<br>Washington, D.C. 20044<br>Tel: (202) 616-0342<br>Brendan.D.Jordan@usdoj.gov |
| Counsel for *Smith* Plaintiffs | Counsel for Defendant |

Dated: August 8, 2025