# In the United States Court of Federal Claims

Case No.: 1:19-cv-01348-CNL

Filed: 8/14/2025

PETRINA SMITH, et al.

    v.

UNITED STATES OF AMERICA

NOTICE OF ASSIGNMENT TO:
ADR Judge Armando O. Bonilla

    Based upon the presiding judge's request, and pursuant to Appendix H of the Rules, this case has been assigned to the above Judge for the conduct of proceedings in accordance with the Alternative Disputes Resolution procedure adopted by this court.

Clerk of Court