IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| PETRINA SMITH, *et al.*, )<br>)<br>  and )<br>)<br>DREXEL ANDERSON, *et al.*, )<br>)<br>  Plaintiffs )<br>  v. )<br>)<br>THE UNITED STATES, )<br>)<br>  Defendant ) | Nos. 19-1348C; 20-1878 C<br><br>(Judge Lerner) |

## JOINT STATUS REPORT

Pursuant to this Court's August 14, 2025 order, ECF No. 134, plaintiffs and defendant, the United States, respectfully submit this joint status report.

On August 14, 2025, the Court instructed the parties to file a joint status report on September 29, 2025, and every 45 days thereafter to report on the status of Alternative Dispute Resolution (ADR) proceedings. *See* ECF No. 134. Consistent with that order, the parties filed a joint status report on September 29, 2025, apprising the Court on the status of the ADR proceedings. *See* ECF No. 137. However, at the end of the day on September 30, 2025, the appropriations for most Federal executive agencies lapsed, and the Government shutdown. Appropriations were not restored until November 12, 2025. Therefore, for almost the entirety of the time since the parties' September 29, 2025 joint status report, the Federal Government was shutdown due to a lack of appropriations. Absent an appropriation, Department of Justice attorneys are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342. As a result of the lapse of appropriations, limited progress in ADR

proceedings has occurred since September 29, 2025. The parties anticipate being in a position to report more progress on ADR in their next joint status report, which, pursuant to the Court's order, must be filed on or before December 29, 2025. *See* ECF No. 134.

|  |  |
|---|---|
| /s/ Douglas M. Werman<br>Douglas M. Werman<br>Werman Salas P.C.<br>77 West Washington Street, Suite 1402<br>Chicago, Illinois 60602<br>312-419-1008<br>dwerman@flsalaw.com<br><br>Counsel for *Anderson* Plaintiffs<br><br>/s/ Walt Pennington<br>Walt Pennington<br>Pennington Law Firm<br>P.O. Box 34133<br>San Diego, CA 92163-4133<br>619-940-6157<br>wpennington@pennfirm.com<br><br>Counsel for *Smith* Plaintiffs<br><br>Dated: November 13, 2025 | Respectfully submitted,<br><br>BRETT A. SHUMATE<br>Assistant Attorney General<br><br>PATRICIA M. McCARTHY<br>Director<br><br>/s/ Reginald T. Blades, Jr.<br>REGINALD T. BLADES, JR.<br>Assistant Director<br><br>/s/ Brendan D. Jordan<br>BRENDAN D. JORDAN<br>Trial Attorney<br>Commercial Litigation Branch<br>Civil Division<br>Department of Justice<br>P.O. Box 480, Ben Franklin Station<br>Washington, D.C. 20044<br>Tel: (202) 616-0342<br>Brendan.D.Jordan@usdoj.gov<br><br>Counsel for Defendant |