# In the United States Court of Federal Claims

No. 19-1348C & 20-1878C
(Filed: December 19, 2025)

|  |  |
|---|---|
| **PETRINA SMITH,** *et al.*, | ) ) ) |
| *Plaintiffs,* | ) ) |
| and | ) ) |
| **DREXEL ANDERSON,** *et al.*, | ) ) |
| *Consolidated plaintiffs,* | ) ) |
| v. | ) ) |
| **UNITED STATES**, | ) ) |
| *Defendant.* | ) ) |

**ALTERNATIVE DISPUTE RESOLUTION
SCHEDULING ORDER**

On December 19, 2025, the Court held a scheduling conference. By agreement of counsel, the Court sets the following schedule:

(1) On or before **January 15, 2026**, plaintiffs shall **TRASNMIT** their calculation reports and attorneys fees spreadsheet to the defendant and Court via Chamber's email: bonilla_chambers@cfc.uscourts.gov;

(2) The Court will hold an ex parte alternative dispute resolution conference via video conference with plaintiffs in this matter on **January 29, 2026, at 1:00 PM (EST)**. The conference will not be transcribed.

(3) The Court will hold an ex parte alternative dispute resolution conference via video conference with defendant in this matter on **February 13, 2026, at 10:00 AM (EST)**. The conference will not be transcribed.

2

It is so **ORDERED**.

                                                        s/ Armando O. Bonilla
                                                        Armando O. Bonilla
                                                        Judge