**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| PETRINA SMITH, *et al.*, | ) |
| | ) |
| and | ) |
| | ) |
| DREXEL ANDERSON, *et al.*, | )    Nos. 19-1348C; 20-1878 C |
| | ) |
| Plaintiffs | )    (Judge Lerner) |
| v. | ) |
| | ) |
| THE UNITED STATES, | ) |
| | ) |
| Defendant | ) |
| | ) |

**JOINT STATUS REPORT**

Pursuant to this Court's August 14, 2025 order, ECF No. 134, plaintiffs and defendant, the United States, respectfully submit this joint status report.

On August 14, 2025, the Court instructed the parties to file a joint status report on September 29, 2025, and every 45 days thereafter to report on the status of Alternative Dispute Resolution (ADR) proceedings. *See* ECF No. 134. Consistent with that order, the parties filed a joint status report on September 29, 2025, and another joint status report on November 13, 2025, apprising the Court on the status of the ADR proceedings. *See* ECF Nos. 137 and 139. Since November 13, 2025, the parties have conferred informally among themselves regarding ADR proceedings. Further, on December 19, 2025, the Court held an ADR status conference with with both parties. Following the December 19, 2025 status conference, the Court entered a scheduling order setting forth a deadline for exchanging certain information and dates for *ex parte* ADR conferences with each party. *See* ECF No. 141.

Pursuant to the Court's order, ECF No. 134, the parties will file their next status report regarding the status of ADR proceedings on or before February 12, 2026.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

/s/ Douglas M. Werman                   PATRICIA M. McCARTHY
Douglas M. Werman                       Director
Werman Salas P.C.
77 West Washington Street, Suite 1402   /s/ Reginald T. Blades, Jr.
Chicago, Illinois 60602                 REGINALD T. BLADES, JR.
312-419-1008                            Assistant Director
dwerman@flsalaw.com

Counsel for *Anderson* Plaintiffs       /s/ Brendan D. Jordan
                                        BRENDAN D. JORDAN
                                        Trial Attorney
/s/ Walt Pennington                     Commercial Litigation Branch
Walt Pennington                         Civil Division
Pennington Law Firm                     Department of Justice
P.O. Box 34133                          P.O. Box 480, Ben Franklin Station
San Diego, CA 92163-4133                Washington, D.C. 20044
619-940-6157                            Tel: (202) 616-0342
wpennington@pennfirm.com                Brendan.D.Jordan@usdoj.gov

Counsel for *Smith* Plaintiffs          Counsel for Defendant

Dated: December 29, 2025

2